# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: IAS PART 54

| | |
|---|---|
| GEM HOLDCO, LLC, and GEM VENTURES, LTD, <br><br> *Plaintiffs,* <br><br> -against- <br><br> CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION, JEAN NOELTING, RIDGELINE ENERGY SERVICES, INC., DENNIS DANZIK, DOUGLAS JOHNSON and KELLY SLEDZ, <br><br> *Defendants.* | Index No.: 650841/2013 <br> (Kornreich, J.) <br><br><br> **JUDGMENT** |
| CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION and JEAN NOLETING, <br><br> *Third-Party Plaintiffs* <br><br> -against- <br><br> EDWARD TOBIN, CHRISTOPHER BROWN, DEJA II, LLC, ELIZABETH DANZIK and RES MANAGEMENT, INC., <br><br> *Third-Party Defendants.* | |

Upon this Court's Decision and Order dated and entered on August 4, 2016, and pursuant to CPLR 5016(c), it is now

**ADJUDGED**, that Cross-Claim Plaintiffs CWT Canada II Limited Partnership, whose address is ~~Corporation Trust Center~~, 1209 Orange Street, Wilmington, DE 19801; Resource Recovery Corporation, whose address is 2711 Centerville Road, Suite 400, Wilmington, DE 19808; and Jean Noelting, whose address is 4100 Yonge Street, Toronto, ON M2P2G2, Canada (collectively, the CWT Parties"), recover from Cross-Claim Defendants Dennis Danzik, whose address is 1334 Sunset Boulevard South, Cody, WY 82414 ("Danzik"), and RDX Technologies

Corporation (f/k/a Ridgeline Energy Services, Inc.), whose address is 7464 East Tierra Buena Lane, Suites 101/102, Scottsdale, AZ 85260 ("RDX"), jointly and severally, the sum of $999,975.00, plus interest thereon at 9% from March 27, 2013, in the sum of $310,677.16, and the sum of $4,654,827.00, plus interest thereon at 9% from February 20, 2014 in the sum of $1,067,421.97, together with costs and disbursements as taxed by the clerk in the sum of $590.00, amounting in all to the sum of $7,033,491.13, and that the cross-claim plaintiffs have execution therefor.

_____
CLERK

**FILED**
SEP 27 2016
COUNTY CLERK'S OFFICE
NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: IAS PART 54

| | |
|---|---|
| GEM HOLDCO, LLC, and GEM VENTURES, LTD,<br><br>*Plaintiffs,*<br><br>-against-<br><br>CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION, JEAN NOELTING, RIDGELINE ENERGY SERVICES, INC., DENNIS DANZIK, DOUGLAS JOHNSON and KELLY SLEDZ,<br><br>*Defendants.* | Index No.: 650841/2013<br><br>**BILL OF COSTS** |
| CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION and JEAN NOLETING,<br><br>*Third-Party Plaintiffs*<br><br>-against-<br><br>EDWARD TOBIN, CHRISTOPHER BROWN, DEJA II, LLC, ELIZABETH DANZIK and RES MANAGEMENT, INC.,<br><br>*Third-Party Defendants.* | I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT $ 590.00<br><br>SEP -7 2016<br><br>[signature]<br><br>CLERK |

### COSTS

Costs for all proceedings before a note of issue is filed (CPLR 8201(1)) ..........................$200.00
Total Costs: ...............................................................................................................$200.00

### DISBURSEMENTS

Motion fee (CPLR 8301(a)(12)):............................................................................$45.00
RJI (CPLR 8301(a)(12))........................................................................................$95.00
Deposition transcripts (CPLR 8301(a)(9))............................................................$250.00
Total Disbursements: ...........................................................................................$390.00

# STATEMENT

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460   Fax:215.207.9461

| Account No. | Date |
|---|---|
| C6867 | 12/14/2015 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $6,150.35 | $0.00 | $0.00 |
| 90 Days | 120 Days & Over | Total Due |
| $0.00 | $0.00 | $6,150.35 |

Jeffrey Eilender, Esq.
Schlam Stone & Dolan, LLP
26 Broadway
19th Floor
New York, NY 10004

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 11/19/2015 | 234622 | 2,250.65 | 10/28/2015 | Candie Blazar | Gem Holdco, LLC, and Gem Ventures v. Changing World Technologies, L.P. |
| 11/19/2015 | 234660 | 3,899.70 | 10/29/2015 | Candie Blazar | Gem Holdco, LLC, and Gem Ventures v. Changing World Technologies, L.P. |

Tax ID: 20-8474245                                                                                          Phone: 212-344-5400   Fax:212-344-7677

*Please detach bottom portion and return with payment.*

Jeffrey Eilender, Esq.
Schlam Stone & Dolan, LLP
26 Broadway
19th Floor
New York, NY 10004

Account No.  :  C6867
Date         :  12/14/2015

**Total Due**   :   $ 6,150.35

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

SUMMARY

Costs..................................................................................................................$200.00
Disbursements....................................................................................................$390.00
Total..................................................................................................................$590.00


Dated: New York, New York
       September 1, 2016

                                              SCHLAM STONE & DOLAN LLP

                                        By: _____
                                              Vitali S. Rosenfeld
                                              26 Broadway
                                              New York, New York 10004
                                              (212) 344-5400

                                              Attorneys for the Cross-Claim Plaintiffs


**VITALI S. ROSENFELD,** an attorney duly admitted to the courts of this state, affirms under penalty of perjury the following to be true:

    1.    I am a member of Schlam Stone & Dolan LLP, attorneys for Defendants and Cross-Claim Plaintiffs CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting in this action. The foregoing disbursements were incurred in this action and are reasonable in amount.

                                              _____
                                              Vitali S. Rosenfeld


**FILED**

SEP -7 2016

COUNTY CLERK'S OFFICE
NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: IAS PART 54

| | |
|---|---|
| GEM HOLDCO, LLC, and GEM VENTURES, LTD,<br><br>*Plaintiffs*<br><br>-against-<br><br>CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION, JEAN NOELTING, RIDGELINE ENERGY SERVICES, INC., DENNIS DANZIK, DOUGLAS JOHNSON and KELLY SLEDZ,<br><br>*Defendants.* | |
| CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION and JEAN NOLETING,<br><br>*Third-Party Plaintiffs*<br><br>-against-<br><br>EDWARD TOBIN, CHRISTOPHER BROWN, DEJA II, LLC, ELIZABETH DANZIK and RES MANAGEMENT, INC.,<br><br>*Third-Party Defendants.* | |

Index No.: 650841/2013

---

## JUDGMENT

---

**SCHLAM STONE & DOLAN LLP**
Jeffrey M. Eilender
Bradley J. Nash
Vitali S. Rosenfeld
26 Broadway – 19th Floor
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
E-Mail: jme@schlamstone.com
E-Mail: vrosenfeld@schlamstone.com
*Attorneys for the cross-claim plaintiffs*

*[Stamp: THIS IS AN E-FILED CASE. ALL DOCUMENTS MUST BE FILED ELECTRONICALLY.]*

*[Stamp: 3-2 FILED AND DOCKETED SEP -7 2016 AT 4:32 PM N.Y., CO. CLK'S OFFICE]*