# EXHIBIT E

No. 459274

## Certification

**STATE OF NEW YORK, COUNTY OF NEW YORK, SS:**

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County, do hereby certify that on November 9, 2016 I have compared the document attached hereto,

**WARRANT OF ARREST page(s) 2**

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

*Milton Adair Tingling*

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: IAS PART 54

| | |
|---|---|
| GEM HOLDCO, LLC, and GEM VENTURES, LTD, <br><br> *Plaintiffs,* <br><br> -against- <br><br> CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION, JEAN NOELTING, RIDGELINE ENERGY SERVICES, INC., DENNIS DANZIK, DOUGLAS JOHNSON and KELLY SLEDZ, <br><br> *Defendants.* | **Index No.: 650841/2013** <br> **(Kornreich, J.)** <br><br> **WARRANT OF ARREST** |
| CWT CANADA II LIMITED PARTNERSHIP, RESOURCE RECOVERY CORPORATION and JEAN NOLETING, <br><br> *Third-Party Plaintiffs* <br><br> -against- <br><br> EDWARD TOBIN, CHRISTOPHER BROWN, DEJA II, LLC, ELIZABETH DANZIK and RES MANAGEMENT, INC., <br><br> *Third-Party Defendants.* | |

IN THE NAME OF THE PEOPLE OF THE STATE OF NEWYORK
TO ANY AUTHORIZED LAW ENFORCEMENT OFFICER

YOU ARE COMMANDED to arrest DENNIS M. DANZIK and bring him before this Court,

Hon. Shirley W. Kornreich, a Justice of the Supreme Court at Part 54 thereof, held at the

Courthouse at 60 Centre Street, New York, New York, in response to DENNIS M. DANZIK

having been adjudged guilty of criminal and civil contempt, pursuant to the Judiciary Law

§§ 751, 753 *et seq.*, 773-774, and the Court's inherent powers, by decision of the Supreme Court,

New York County (Kornreich, J.), dated June 3, 2016.

The record in this matter reflects that Danzik resides in Maricopa County, Arizona and/or in Cody, Park County Wyoming, and it is therefore further ordered that the New York Police Department Warrant Officer enter this warrant into NCIC and notify the Maricopa County and Park County Sheriffs' Departments after such entry. It is the Court's intention that Danzik be extradited if arrested outside this Court's jurisdiction.

You have this warrant pursuant to Judiciary Law § 2-b(3).

Dated: New York, New York
~~June~~ Sept 14, 2016

_____
J.S.C.

SHIRLEY WERNER KORNREICH
J.S.C.