# EXHIBIT H



# EARTH ENGINE TECHNICAL OVERVIEW

The IEC Earth Engine is a revolutionary power generation technology that makes use of permanent magnets to generate electrical power.

The IEC Earth Engine is able to produce electrical energy without utilizing any traditional fossil fuels, wind, solar, geothermal, nuclear, or biomass. This means no carbon emissions from electricity generation, and fully controllable power generation not subject to external forces or constraints.

**The Breakthrough**

In simple terms, the IEC Earth Engine only utilizes unique permanent magnets as fuel, and harnesses the magnetic forces between these magnets to spin heavy flywheels at high speeds.

The pursuit of creating electricity by magnetic device is not exclusive to IEC. However, what the company has successfully created in the Earth Engine is a device that delivers significant torque. This breakthrough is unique and will allow for many new power generation and power transfer opportunities in the future.

**Proprietary Technological Innovations**

There are five proprietary technological innovations that form the basis for the IEC Earth Engine:

(1) **The Danzik Array – The Engine Design**: The Danzik Array, invented by engineer Dennis M. Danzik, is a special arrangement of permanent magnets that looks much like a Halbach Array. However, unique to the Danzik Array is the ability to propel solid objects solely using permanent magnets by breaking the magnetic field at the point of maximum velocity. This creates a "slingshot" effect – an effect called magnetic propulsion. The discovery and development of rare earth magnets and their successful commercial use in various modern technologies is what has made the applied science of magnetic propulsion possible today.

(2) **Asymmetrical Magnets – The Fuel Source:** Unlike other attempts at building devices with small rare earth magnets (such as Neodymium or Samarium), IEC combines rare earth and diamagnetic composites to manufacture a physically strong and robust magnetic fuel which is many factors stronger than ordinary rare earth magnets (which are generally brittle). This extruded "solid state" fuel currently

produces an average eight thousand pounds per square inch of force (5.516e7 Newtons/m$^2$), which is accelerated in a unique way to cause spin in the Earth Engine.

(3) **Magnetic Lens – The Throttle**: IEC's Magnetic Lens technology achieves two seemingly irreconcilable goals – creating a near complete "break" in any magnetic field without the Lens itself becoming magnetic in the process. Coupled with the powerful micro-computer that serves as the "brain" for the Engine and guided by the proprietary software developed by IEC, the Magnetic Lens technology enables the precision control of the magnetic entropy (fields) required for the Earth Engine to function.

(4) **Flywheel – The Driveshaft**: IEC flywheels are highly complex composite pieces of equipment made up of more than 200 components that allow for magnetic fuel to be integrated within the flywheel without the flywheel itself becoming magnetic. Two of these heavy masses (>1,800 kg in total for the 25-kilowatt engines) are then spun by magnetic field acceleration in a counter-rotating fashion at super-high intersect speeds (over 1,500 RPM for the 25-kilowatt engines). This powerful inertia is then transferred to three phase alternators where the generated power can be delivered to power consumption or storage devices.

(5) **"Z" Drive – Leveraged Power:** IEC Z-Drive technology allows for the transfer of inertia from the flywheel to multiple smaller flywheels without the needs for drive belts, gear, chains or transmissions, and simultaneously increasing speed to these flywheels. These magnetic fuel devices are very powerful, with the average Z-Drive containing over seven hundred pounds per square inch of force (4.8e6 Newtons/m$^2$). Z-Drives offer a zero contact and near friction free transmission of speed and related torque.

**Scalability**

IEC has developed, manufactured, and is installing 7.5 to 25-kilowatt engines, capable of driving several accessory devices simultaneously. These include alternators, generators, pumps or compressors.

IEC is also actively working to develop utility-scale 250 to 500 kilowatt Engines, driving single point three phase high voltage alternators (480V-600V). The theoretical basis for the development of these Engines is sound, and the main challenges are in precision manufacturing the required components – such as balance and overall manufacturing tolerances.