# EXHIBIT J



# RDX TECHNOLOGIES CORPORATION

(FORMERLY RIDGELINE ENERGY SERVICES INC.)

**Consolidated Financial Statements**
**Years Ended March 31, 2014 and 2013**

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED MARCH 31, 2014 AND 2013**

**TABLE OF CONTENTS**

Independent Auditors' Report................................................................................................................................. 2

Consolidated Statements of Financial Position as at March 31, 2014 and 2013 ................................................. 4

Consolidated Statements of Operations and Comprehensive Loss for the Years Ended March 31, 2014 and 2013 ........... 5

Consolidated Statements of Changes in Equity for the Years Ended March 31, 2014 and 2013 ......................... 6

Consolidated Statements of Cash Flows for the Years Ended March 31, 2014 and 2013 ................................... 7

Notes to Consolidated Financial Statements ....................................................................................................... 8



Certified Public Accountants
and Financial Advisors

Squar, Milner, Peterson, Miranda & Williamson, LLP

To the Shareholders of RDX Technologies Corporation
Formerly Ridgeline Energy Services Inc.

We have audited the accompanying consolidated financial statements of RDX Technologies
Corporation (formerly Ridgeline Energy Services Inc.) and subsidiaries, which comprise the
consolidated statement of financial position as at March 31, 2014 and the consolidated
statements of operations and comprehensive loss, changes in equity and cash flows for the year
ended March 31, 2014, and a summary of significant accounting policies and other explanatory
information.

**Management's responsibility for the consolidated financial statements**

Management is responsible for the preparation and fair presentation of these consolidated
financial statements in accordance with International Financial Reporting Standards, and for such
internal control as management determines is necessary to enable the preparation of consolidated
financial statements that are free from material misstatement, whether due to fraud or error.

**Auditors' responsibility**

Our responsibility is to express an opinion on these consolidated financial statements based on
our audit. We conducted our audit in accordance with Canadian generally accepted auditing
standards. Those standards require that we comply with ethical requirements and plan and
perform the audit to obtain reasonable assurance about whether the consolidated financial
statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and
disclosures in the consolidated financial statements. The procedures selected depend on the
auditors' judgment, including the assessment of the risks of material misstatement of the
consolidated financial statements, whether due to fraud or error. In making those risk
assessments, the auditors consider internal control relevant to the entity's preparation and fair
presentation of the consolidated financial statements in order to design audit procedures that are
appropriate in the circumstances, but not for the purpose of expressing an opinion on the
effectiveness of the entity's internal control. An audit also includes evaluating the
appropriateness of accounting policies used and the reasonableness of accounting estimates made
by management, as well as evaluating the overall presentation of the consolidated financial
statements.

We believe that the audit evidence we have obtained in our audit is sufficient and appropriate to
provide a basis for our audit opinion.



## Opinion

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of RDX Technologies Corporation (formerly Ridgeline Energy Services Inc.) and subsidiaries as at March 31, 2014 and its financial performance and its cash flows for the year ended March 31, 2014 in accordance with International Financial Reporting Standards.

## Emphasis of Matter

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in Note 4 to the financial statements, the Company has suffered recurring losses from operations and has significant negative working capital as a result of noncompliance with the terms of a note agreement. This raises substantial doubt about the Company's ability to continue as a going concern. Management's plans in regard to these matters also are described in Note 4. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

## Other Matter

The financial statements of RDX Technologies Corporation (formerly Ridgeline Energy Services Inc.) and subsidiaries, as at and for the year ended March 31, 2013, were audited by other auditors whose report dated July 24, 2013 expressed an unmodified opinion on those statements.

**SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON, LLP**

Newport Beach, California
July 29, 2014

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**CONSOLIDATED STATEMENTS OF FINANCIAL POSITION**
**(IN CANADIAN DOLLARS)**

|  | March 31, | |
|  | 2014 | 2013 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash | $ 1,350,546 | $ 1,336,478 |
| Trade and other receivables, net (Note 10) | 9,394,277 | 7,695,442 |
| Accrued revenue | - | 539,395 |
| Inventory, net (Note 11) | 2,111,043 | 1,154,134 |
| Prepaid expenses and other current assets | 1,622,856 | 663,401 |
|  | 14,478,722 | 11,388,850 |
| Santa Fe Springs assets held for sale (Notes 7 and 34) | 17,295,173 | - |
| Total current assets | 31,773,895 | 11,388,850 |
| Restricted cash (Note 12) | 88,655 | 159,771 |
| Property, plant and equipment, net (Note 13) | 37,769,000 | 27,548,066 |
| Maintenance parts | 1,189,140 | - |
| Intangible assets (Note 14) | 15,672,666 | 18,404,007 |
| Goodwill (Note 15) | 8,737,155 | 2,668,952 |
| Other assets (Note 18) | 1,138,373 | 5,715,018 |
| Total assets | $ 96,368,884 | $ 65,884,664 |
| **Liabilities and Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 4,294,210 | $ 5,715,945 |
| Accrued liabilities (Note 19) | 8,876,029 | 6,323,559 |
| Income tax payable | - | 5,067 |
| Notes payable, current portion (Note 21) | 23,504,751 | 151,069 |
| Obligations under finance lease, current portion (Note 22) | 96,755 | 92,328 |
|  | 36,771,745 | 12,287,968 |
| Liabilities related to Santa Fe Springs assets held for sale (Notes 7 and 34) | 11,634,861 | - |
| Total current liabilities | 48,406,606 | 12,287,968 |
| Notes payable, non-current portion (Note 21) | 1,011,348 | 1,248,116 |
| Obligations under finance lease, non-current portion (Note 22) | 219,335 | 289,379 |
| Deferred income tax liability (Note 16) | 237,940 | - |
| Santa Fe Springs purchase price payable (Note 6) | - | 5,513,251 |
| Environmental remediation liability (Note 6) | 552,650 | 5,588,000 |
| PTEC earn-out (Note 6) | 427,500 | 330,000 |
| Asset retirement obligations | - | 58,234 |
| Total liabilities | 50,855,379 | 25,314,948 |
| Commitments and contingencies (Note 27) | | |
| Equity: | | |
| Share capital (Note 23) | 79,785,679 | 66,732,800 |
| Warrants (Note 24) | 2,543,829 | 2,162,794 |
| Contributed surplus (Note 25) | 2,536,930 | 2,348,691 |
| Accumulated other comprehensive income | 4,632,607 | 106,144 |
| Accumulated deficit | (43,985,540) | (30,780,713) |
| Total equity | 45,513,505 | 40,569,716 |
| Total liabilities and equity | $ 96,368,884 | $ 65,884,664 |

Approved on Behalf of the Board of Directors    *"Tony Ker"* Director    *"Richard Carrigan"* Director

The accompanying notes are an integral part of these consolidated financial statements.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**(IN CANADIAN DOLLARS)**

| | Year Ended March 31, | |
| --- | --- | --- |
| | **2014** | **2013** |
| Revenue ............................................................................................... $ | 33,686,484 | $ 16,371,106 |
| Cost of revenue: | | |
| Direct expenses ................................................................................ | 26,279,349 | 11,666,167 |
| Amortization (Note 13) ..................................................................... | 4,314,581 | 1,323,097 |
| Total cost of revenue ............................................................................ | 30,593,930 | 12,989,264 |
| Gross profit ........................................................................................... | 3,092,554 | 3,381,842 |
| Operating expenses: | | |
| General and administrative ............................................................... | 8,480,415 | 9,798,041 |
| Share-based payment expense (Note 25) ........................................... | 245,551 | 1,268,334 |
| Amortization (Notes 13 and 14) ........................................................ | 3,429,679 | 3,253,634 |
| Loss on disposal and impairment of equipment (Note 13) .................... | 2,085,826 | 1,902,589 |
| Total operating expenses ....................................................................... | 14,241,471 | 16,222,598 |
| Loss from operations ............................................................................. | (11,148,917) | (12,840,756) |
| Other income (expense): | | |
| Finance costs .................................................................................. | (1,444,065) | (100,512) |
| Foreign exchange loss on CWT | | |
| notes payable (Note 21) .................................................................. | (1,694,000) | - |
| Change in fair value of PTEC earn-out and note payable (Note 6) ......... | (97,500) | 253,800 |
| Gain on forgiveness of indebtedness (Note 31) ................................. | 643,012 | - |
| Other income (expense), net .............................................................. | (156,992) | 92,476 |
| Total other income (expense) ................................................................. | (2,749,545) | 245,764 |
| Loss before tax .................................................................................... | (13,898,462) | (12,594,992) |
| Income tax expense .............................................................................. | 228,808 | 4,482 |
| Loss from continuing operations ............................................................ | (14,127,270) | (12,599,474) |
| Income from discontinued operations (Note 7) ........................................ | 922,443 | 611,234 |
| Net loss ......................................................................................... $ | (13,204,827) | $ (11,988,240) |
| Basic and diluted loss per share - | | |
| continuing operations (Note 28) ....................................................... $ | (0.08) | $ (0.10) |
| Basic and diluted income per share - | | |
| discontinued operations (Note 28) .................................................... | - | 0.01 |
| Basic and diluted loss per share (Note 28) ........................................... $ | (0.08) | $ (0.09) |
| Weighted average number of | | |
| common shares outstanding (Note 28) .............................................. | 168,006,736 | 127,937,568 |
| Comprehensive loss: | | |
| Net loss ......................................................................................... $ | (13,204,827) | $ (11,988,240) |
| Other comprehensive income - Item that may | | |
| be reclassified subsequently to earnings: | | |
| Foreign currency translation adjustments .......................................... | 4,526,463 | 106,144 |
| Comprehensive loss .......................................................................... $ | (8,678,364) | $ (11,882,096) |

The accompanying notes are an integral part of these consolidated financial statements.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY**
**(IN CANADIAN DOLLARS)**

| | Share Capital | Warrants | Contributed Surplus | Treasury Stock | Accumulated Other Comprehensive Income | Accumulated Deficit | Total Equity |
|---|---|---|---|---|---|---|---|
| Balances at March 31, 2013 | $ 66,732,800 | $ 2,162,794 | $ 2,348,691 | $ - | $ 106,144 | $ (30,780,713) | $ 40,569,716 |
| Exercise of options | 120,812 | - | (57,312) | - | - | - | 63,500 |
| Acquisition of CWT | 12,155,172 | 1,356,629 | - | - | - | - | 13,511,801 |
| Share-based payment expense | - | - | 245,551 | - | - | - | 245,551 |
| Reclassification of expired warrants | 975,594 | (975,594) | - | - | - | - | - |
| Foreign currency translation adjustments | - | - | - | - | 4,526,463 | - | 4,526,463 |
| Purchase of treasury stock | - | - | - | (198,699) | - | - | (198,699) |
| Retirement of treasury stock | (198,699) | - | - | 198,699 | - | - | - |
| Net loss | - | - | - | - | - | (13,204,827) | (13,204,827) |
| Balances at March 31, 2014 | $ 79,785,679 | $ 2,543,829 | $ 2,536,930 | $ - | $ 4,632,607 | $ (43,985,540) | $ 45,513,505 |

| | Share Capital | Warrants | Contributed Surplus | Accumulated Other Comprehensive Income | Accumulated Deficit | Total Equity |
|---|---|---|---|---|---|---|
| Balances as at March 31, 2012 | $ 50,323,292 | $ 1,794,102 | $ 1,103,803 | $ - | $ (18,615,472) | $ 34,605,725 |
| Issue of share capital | 13,158,601 | 1,161,629 | - | - | - | 14,320,230 |
| Share issue costs | (1,232,827) | (40,125) | - | - | - | (1,272,952) |
| Exercise of options | 46,820 | - | (23,445) | - | - | 23,375 |
| Exercise of warrants | 1,326,064 | (279,405) | - | - | - | 1,046,659 |
| Acquisition of Santa Fe Springs | 1,737,443 | - | - | - | - | 1,737,443 |
| Acquisition of PTEC | 900,000 | - | - | - | - | 900,000 |
| Share-based payment expense | - | - | 994,053 | - | - | 994,053 |
| Reclassification of expired warrants | 473,407 | (473,407) | - | - | - | - |
| Reclassification of stock appreciation rights | - | - | 274,280 | - | - | 274,280 |
| Foreign currency translation adjustments | - | - | - | 106,144 | - | 106,144 |
| Adjustment to acquisition of intellectual property and non-controlling interest | - | - | - | - | (177,001) | (177,001) |
| Loss and comprehensive loss | - | - | - | - | (11,988,240) | (11,988,240) |
| Balances at March 31, 2013 | $ 66,732,800 | $ 2,162,794 | $ 2,348,691 | $ 106,144 | $ (30,780,713) | $ 40,569,716 |

The accompanying notes are an integral part of these consolidated financial statements.

6

# RDX TECHNOLOGIES CORPORATION
## (FORMERLY RIDGELINE ENERGY SERVICES INC.)
## CONSOLIDATED STATEMENTS OF CASH FLOWS
## (IN CANADIAN DOLLARS)

| | Year Ended March 31, | |
|---|---|---|
| | 2014 | 2013 |
| **Operating activities:** | | |
| Loss from continuing operations | $ (14,127,270) | $ (12,599,474) |
| Income from discontinued operations | 922,443 | 611,234 |
| Net loss | (13,204,827) | (11,988,240) |
| Non-cash adjustments to reconcile net loss to net cash flows from operations: | | |
| Amortization | 7,801,475 | 4,774,466 |
| Share-based payment expense | 245,551 | 1,268,333 |
| Loss on disposal and impairment of equipment | 2,085,826 | 1,902,589 |
| Impairment of goodwill | – | 1,257,086 |
| Foreign exchange loss on CWT notes payable | 1,694,000 | – |
| Change in fair value of PTEC earn-out | 97,500 | (253,800) |
| Deferred tax expense | 228,808 | 232,644 |
| Gain on disposal of REI and RGI | (416,345) | – |
| Gain on forgiveness of indebtedness | (643,012) | – |
| Other non-cash items | 13,762 | 35,126 |
| Changes in working capital (exclusive of acquisitions): | | |
| Trade and other receivables | (3,776,653) | (4,790,787) |
| Accrued revenue | (363,829) | 358,671 |
| Inventory | 221,061 | 101,800 |
| Prepaid expenses and other assets | (843,092) | (83,169) |
| Accounts payable and accrued liabilities | 4,477,994 | 5,620,163 |
| Income tax payable | (5,067) | (671,324) |
| Cash used in operating activities | (2,386,848) | (2,236,442) |
| **Investing activities:** | | |
| Purchases of property, plant and equipment | (738,125) | (5,105,235) |
| Development of intangible assets | (207,052) | (2,561,269) |
| Acquisition of Santa Fe Springs | – | (6,399,107) |
| Acquisition of PTEC | – | (1,458,530) |
| Proceeds from sale of REI and RGI | 3,219,498 | – |
| Transfers to restricted cash | (80) | (80,129) |
| Acquisition deposits and other advances | (963,851) | (127,018) |
| Cash provided by (used in) investing activities | 1,310,390 | (15,731,288) |
| **Financing activities:** | | |
| Issue of share capital and exercise of options and warrants | 63,500 | 14,117,312 |
| Issue of notes to Dennis Danzik | 551,628 | 693,887 |
| Draws on credit facility | 988,095 | – |
| Payment of promissory note | (395,090) | (48,573) |
| Purchase of treasury stock | (198,699) | – |
| Payment of finance lease | (58,083) | (54,434) |
| Cash provided by financing activities | 951,351 | 14,708,192 |
| Effect of exchange rate changes on cash and cash equivalents | 139,175 | 30,735 |
| Increase (decrease) in cash and cash equivalents | 14,068 | (3,228,803) |
| Cash and cash equivalents, beginning of year | 1,336,478 | 4,565,281 |
| Cash and cash equivalents, end of year | $ 1,350,546 | $ 1,336,478 |
| **Supplemental Disclosures of Cash Flow Information:** | | |
| Cash paid for interest | $ 126,729 | $ 21,584 |
| Cash paid for income taxes | $ – | $ 473,900 |
| Non-cash investing and financing activities: | | |
| Notes payable, common shares and warrants issued for CWT acquisition | $ 33,923,801 | $ – |
| Note payable, common shares and additional common shares and / or cash issuable for the Santa Fe Springs acquisition | $ – | $ 8,042,581 |
| Note payable, common shares and earn-out for PTEC acquisition | $ – | $ 1,499,211 |
| Finance lease | $ – | $ 410,726 |
| Adjustment to acquisition of intellectual property and non-controlling interest | $ – | $ 177,001 |

The accompanying notes are an integral part of these consolidated financial statements.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**1. Corporate Information**

The consolidated financial statements of RDX Technologies Corporation (formerly Ridgeline Energy Services Inc.) (the "Company", "we", "us" or "our") were authorized for issue in accordance with a resolution of the directors on July 29, 2014. The Company changed its name to RDX Technologies Corporation during August 2013 from Ridgeline Energy Services Inc. The Company is the result of a June 27, 2006 amalgamation of Gavwest Resources Ltd. with SDA Ltd. and SDA Technologies Inc. ("SDA Inc."). The amalgamation was accounted for as a reverse takeover of Gavwest by SDA Ltd. (the Company's name prior to Ridgeline Energy Services, Inc.) and a capital transaction resulting in the acquisition of the assets and liabilities of SDA Inc. by SDA Ltd.

The Company is a publicly traded water treatment and energy technology company. The Company's corporate office is located at: 14555 North 82nd Street, Scottsdale, Arizona 85260. In addition to the Company's headquarters in Scottsdale, Arizona, the Company has operating locations for its continuing operations in Carthage, Missouri, Santa Fe Springs, California, Scottsdale, Arizona and Deaver, Wyoming. Prior to the September 2013 disposal of the Company's Environment and Greenfill divisions (Note 7), the Company also had operating locations located in Red Deer, Edmonton, Grande Prairie, and Lethbridge, Alberta, and Lloydminster, Saskatchewan. As of March 31, 2014, the Company also manages a domestic waste water treatment company (M2 Renewables, LLC) located in Lake Forest, California through a management contract (Note 27). The Company has approximately 55 employees as of March 31, 2014.

**2. Basis of Preparation and Consolidation**

These consolidated financial statements have been prepared in accordance with International Financial Reporting Standards ("IFRS") as issued by the International Accounting Standards Board ("IASB"). The consolidated financial statements have been prepared on a historical cost basis, except for certain earn-out provisions (Notes 6 and 27) that have been measured at fair value on a recurring basis. The consolidated financial statements are presented in Canadian dollars, except where otherwise indicated.

These consolidated financial statements of the Company include the accounts of the Company and its wholly owned subsidiaries:

- Ridgeline Water Inc. ("RWI" or "Ridgeline Water"), which incorporates a wholly owned subsidiary, Ridgeline Eau Claire Inc. ("REC"), and REC's 50% controlling interest in the Eau Claire Partnership ("ECP"). The ECP was consolidated into the Company with the 50% "non-controlling interests" recognized in the consolidated statements of financial position and consolidated statements of operations and comprehensive loss. Following the acquisition of the non-controlling interest in the ECP on January 5, 2012, the Company owns 100% of the ECP.
- Danzik Hydrologic Sciences, LLC ("DHS").
- Ridgeline Energy Services (USA) Inc. ("RUSA").
- Changing World Technologies, L.P. ("CWT") and its wholly owned subsidiaries, Renewable Environmental Solutions, LLC, Thermo-Depolymerization Process, LLC and Tech, LLC. CWT was acquired on April 15, 2013 (Note 6).

During May and June 2014, the Company formed the following wholly owned subsidiaries: (i) RDX Technologies USA Corporation, a Delaware corporation that we anticipate will become the parent of RUSA; (ii) SFS Real Estate & Recovery, LLC, a Delaware limited liability company; (iii) RDX Energy Group, LLC, a Delaware limited liability company, and (iv) RDX Applied Technologies I, LLC, a Delaware limited liability company. We anticipate that SFS Real Estate & Recovery, LLC, RDX Energy Group, LLC, and RDX Applied Technologies I, LLC will become wholly owned subsidiaries of RDX Technologies USA Corporation.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Effective July 1, 2012, the former wholly owned subsidiaries Ridgeline Environment Inc. ("Ridgeline Environment" or "REI"), Ridgeline Greenfill Inc. ("Ridgeline GreenFill" or "RGI") and Landmark Environmental Inc. ("LEI") (a previous subsidiary that had no operations) were amalgamated into the Company in accordance with the *Business Corporations Act* (Alberta). These former subsidiaries were considered to be operational divisions within the Company; however, substantially all assets and liabilities of REI and RGI were sold during September 2013, and accordingly the results of operations of REI and RGI have been classified as discontinued operations for all periods presented (Note 7).

Subsidiaries are consolidated from the date of acquisition, being the date on which the Company obtains control, and continue to be consolidated until the date when such control ceases. The financial statements of the subsidiaries are prepared for the same reporting period as the parent company, using consistent accounting policies. All intercompany balances and transactions are eliminated in full.

For management purposes, the Company had historically been organized into business units based on their services and, prior to the second quarter of fiscal 2014, the Company had three reportable segments as follows:

- RWI provides full water management systems for treatment and storage of contaminated water, as well as refined fuel production and domestic waste water treatment operations through certain management contracts (Note 27).
- REI provides environmental consulting services including reclamation and remediation services, environmental assessments and drilling waste management.
- RGI owns and operates treatment facilities that turn hydrocarbon contaminated soil into safe landfill cover.

As discussed in Note 7, during September 2013, the Company sold substantially all assets and liabilities related to the Company's REI and RGI business segments to Ridgeline Canada, Inc. of Calgary Alberta, an entity with unrelated ownership to the Company. This sale closed pursuant to an Asset Purchase Agreement that was executed during July 2013. As a result of this transaction, the results of operations of the REI and RGI segments have been presented as discontinued operations on the accompanying consolidated statements of operations and comprehensive loss. Following the disposal of REI and RGI, the Company re-aligned its reportable segments, as further discussed in Note 9, as follows:

- Energy – Primarily relates to the production of refined fuel at our CWT operations in Carthage, Missouri, which were acquired during April 2013 (Note 6).
- Water – Primarily relates to waste water treatment services at our Santa Fe Springs operations, which were acquired during March 2013 (Note 6).
- Equipment Sales and Rentals – Relates to our PTEC operations, which were acquired during October 2012 (Note 6), and other equipment sales, including sales of waste water treatment systems.
- Support Services – Relates to our Scottsdale 82nd Street manufacturing facility and costs incurred to support our other operating segments.
- Management Contracts – Relates to various management contracts entered into by the Company (Note 27).

At March 31, 2014 and 2013, the Company had accumulated losses and had working capital deficits. The Company acquired its Santa Fe Springs facility in March 2013, all of the units of capital stock of CWT in April 2013 (Note 6), and entered into multiple management contracts (Note 27) (which is a technique utilized by the Company when it is evaluating a potential acquisition, allowing greater access to the specific target's operations), which further utilized existing cash reserves of the Company. Please refer to Notes 4 and 32 for information about management's plans to meet the Company's short term cash requirements and to increase liquidity.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**3. Summary of Significant Accounting Policies**

*Business Combinations*

   Business combinations are accounted for using the acquisition method. The cost of an acquisition is measured as the aggregate of the consideration transferred, measured at acquisition date fair value and the amount of any non-controlling interest in the acquiree. For each business combination, the Company elects whether it measures the non-controlling interest in the acquiree either at fair value or at the proportionate share of the acquiree's identifiable net assets. Acquisition costs incurred are expensed and included in administrative expenses.

   When the Company acquires a business, it assesses the financial assets and liabilities assumed for appropriate classification and designation in accordance with the contractual terms, economic circumstances and pertinent conditions as at the acquisition date. This includes the separation of embedded derivatives in host contracts by the acquiree.

   If the business combination is achieved in stages, the acquisition date fair value of the acquirer's previously held equity interest in the acquiree is remeasured to fair value at the acquisition date through profit or loss.

   Any contingent consideration to be transferred by the acquirer will be recognized at fair value at the acquisition date. Subsequent changes in the fair value of contingent consideration that is deemed to be an asset or liability, will be recognized in accordance with International Accounting Standards ("IAS") 39 either in profit or loss, or as a change in other comprehensive income. If the contingent consideration is classified as equity, it will not be remeasured. Subsequent settlement is accounted for within equity. In instances where the contingent consideration does not fall within the scope of IAS 39, it is measured in accordance with the appropriate IFRS.

*Discontinued Operations*

   The Company classifies disposal groups as held for sale if their carrying amounts are expected to be recovered principally through a sale transaction rather than through continued use. Disposal groups classified as held for sale are measured at the lower of their carrying amount and fair value less costs to sell. The criteria for held for sale classification is regarded as met only when the sale is highly probable and the disposal group is available for immediate sale in its present condition. Management must be committed to the sale, which should be expected to qualify for recognition as a completed sale within one year from the date of classification. During June 2013, management determined the sale of REI and RGI to be highly probable. During March 2014, management determined the sale of certain excess land at Santa Fe Springs to be highly probable. See Note 7 for additional information.

   Discontinued operations are excluded from the results of continuing operations and are presented as a single amount as profit or loss after tax from discontinued operations on the statement of operations. Property, plant and equipment and intangible assets are not amortized once classified as held for sale.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Revenue Recognition*

Revenue is recognized to the extent that it is probable that the economic benefits will flow to the Company and the revenue and costs can be reliably measured, regardless of when the payment is being made. Revenue is measured at the fair value of the consideration received or receivable, taking into account contractually defined terms of payment and excluding taxes or duty. The Company assesses its revenue arrangements against specific criteria in order to determine if it is acting as principal or agent. The Company has concluded that it is acting as a principal in all of its revenue arrangements.

The Company's significant revenue recognition policies for its continuing operations are summarized as follows:

- Revenue for sales of refined fuel is recognized at the time the refined fuel is sold and title transfers to the customer. To date, these revenues have primarily been attributable to the Company's CWT operations (Note 6). When a gallon of refined fuel is sold, the Company's CWT operations also recognize revenues for alternative fuel tax credits as these credits are directly related to the underlying refined fuel sales. As long as CWT has no income tax liabilities, these alternative fuel tax credits are fully recognizable and do not require offsetting of income tax liabilities to be realized. The Company classified these tax credits as revenue because: (i) the tax credit enables the Company to reduce the price it charges its customers for the Company's products without an actual reduction in revenue associated with the lower prices and (ii) under current tax law, the tax credit expired on December 31, 2013 and the Company believes the classification of this tax credit as a reduction in operating expenses would be potentially misleading. Total revenues recognized from this tax credit were $3.9 million and $1.4 million for the years ended March 31, 2014 and 2013, respectively.

- The sellers of CWT have produced documents that state that CWT's products have been qualified by the EPA as an "advanced refined fuel" ("D-5") and also qualified as a "biomass based diesel" ("D-4") and therefore, create Renewable Identification Numbers ("RINs") with each gallon produced. RINs are renewable fuel credits that are similar to renewable energy certificates in the renewable energy sector. A RIN is a serial number assigned to each gallon of refined fuel produced and can be separated or stripped from each gallon of refined fuel sold. These RIN's can be sold separately and without consideration to when the gallon of refined fuel that was produced was sold (referred to as banking RINs). When the refined fuel is sold, the RIN is noted as "detached" and can be monetized on an active market as tracked by the Oil Price Information Service ("OPIS"). Revenue from the sales of RIN's is recognized at the time of each RIN sale. RINs were created by the Environmental Protection Agency ("EPA") to track the progress of the United States towards reaching energy independence. RINs are the currency used by obligated parties, domestic refiners or importers of gasoline, to certify compliance with mandated renewable fuel volumes. Each refiner or importer must hold RINs representing increasing percentages of renewable fuel volumes. The Company has sold (monetized) 7,284,237 and 2,995,627 RINs during the years ended March 31, 2014 and 2013, respectively, for total consideration of $5.2 million and $2.0 million, respectively. The cost of manufacturing refined fuel is bifurcated between the refined fuel produced and RINs created, based on the relative selling prices of the refined fuel and RINs.

- Revenue for non-hazardous water processing is recognized as receipt of the non-hazardous water from customers occurs. Similarly, revenue for soil received in bulk and soil that results from the HydroVac process is recognized as receipt of such soil from customers occurs. To date, these revenues have primarily been attributable to the Company's Santa Fe Springs operations (Note 6). The Company ceased accepting and processing soil during the third quarter of fiscal 2014. Processing costs associated with revenues for the receipt of non-hazardous water and soil are accrued upon the receipt of such materials.

- Revenues from equipment sales to third parties are recognized at the time the risks of ownership have passed to the buyer and the Company retains neither continuing managerial involvement nor effective control over the equipment.

- Revenues from management contracts are recognized based on the terms and conditions specific to each separate management contract entered into by the Company (Note 27).

11

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Revenue for the Company's discontinued operations was recognized as follows:

- Revenue from REI for environmental consulting, project management and soil remediation consulting services was recognized as the services are rendered and collection was reasonably assured. Unbilled services were reflected as accrued revenue and amounts received in advance of work performed were included in deferred revenue.

- Revenue from RGI, which was earned from the remediation of contaminated soil, was recognized as product was delivered to the Company's RGI facilities.

*Foreign Currency*

All amounts disclosed in these financial statements are denominated in Canadian Dollars, unless designated as being denominated in United States dollars (US$). The functional currency of the Company's Canadian domiciled subsidiaries is the Canadian dollar. The functional currency of RUSA and CWT, and all associated United States operations, is the United States dollar. The financial condition and results of RUSA and CWT, and the associated United States operations, are translated into Canadian dollars using the exchange rate at the end of each reporting period for asset and liability amounts and the average exchange rate in effect for the reporting period for amounts included in the determination of earnings. Any gains or losses from the translation of asset and liability balances are recognized as an element of accumulated comprehensive income, which is included as a separate component of equity. In preparing the financial statements of the individual subsidiaries, transactions in currencies other than the entity's functional currency are recognized at the exchange rates prevailing at the dates of the transaction. At the end of each reporting period, monetary items denominated in foreign currencies are retranslated at the rates prevailing at such time. The effect of any changes in foreign currency rates relative to such transactions are recognized in earnings. Non-monetary items that are measured in terms of historical cost in a foreign currency are not translated.

*Inventory*

Inventory is valued at the lower of cost or net realizable value, on a first in, first out basis. Net realizable value is the estimated selling price in the ordinary course of business, less estimated costs of completion and costs necessary to sell. Inventory includes costs incurred for direct materials, direct labor and manufacturing overhead based on normal operating capacity.

*Taxes*

*Current Income Tax*

Income tax assets and liabilities for the current period are measured at the amount expected to be recovered from or paid to the taxation authorities. The tax rates and tax laws used to compute the amount are those that are enacted or substantively enacted, at the reporting date in the locations where the Company operates and generates taxable income.

Current income tax relating to items recognized directly in equity is recognized in equity and not in the statement of operations. Management periodically evaluates positions taken in the tax returns with respect to situations in which applicable tax regulations are subject to interpretation and establishes provisions where appropriate.

The Company is potentially subject to tax audits for its tax returns in Canada, certain Canadian provinces, the United States and certain states for tax years ranging from 2007 to 2013. Tax audits by their very nature are often complex and can require several years to complete.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Deferred Tax*

Deferred tax is provided using the liability method on temporary differences at the reporting date between the tax bases of assets and liabilities and their carrying amounts for financial reporting purposes. Deferred tax liabilities are recognized for all taxable temporary differences, except:

- Where the deferred tax liability arises from the initial recognition of goodwill or of an asset or liability in a transaction that is not a business combination and, at the time of the transaction, affects neither the accounting profit nor taxable profit or loss.

- In respect of taxable temporary differences associated with investments in subsidiaries, associates and interests in joint ventures, where the timing of the reversal of the temporary differences can be controlled and it is probable that the temporary differences will not reverse in the foreseeable future.

Deferred tax assets are recognized for all deductible temporary differences, carry forward of unused tax credits and unused tax losses, to the extent that it is probable that taxable profit will be available against which the deductible temporary differences, and the carry forward of unused tax credits and unused tax losses can be utilized, except:

- Where the deferred tax asset relating to the deductible temporary difference arises from the initial recognition of an asset or liability in a transaction that is not a business combination and, at the time of the transaction, affects neither the accounting profit nor taxable profit or loss.

- In respect of deductible temporary differences associated with investments in subsidiaries, associates and interests in joint ventures, deferred tax assets are recognized only to the extent that it is probable that the temporary differences will reverse in the foreseeable future and taxable profit will be available against which the temporary differences can be utilized.

The carrying amount of deferred tax assets is reviewed at each reporting date and reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow all or part of the deferred tax asset to be utilized. Unrecognized deferred tax assets are reassessed at each reporting date and are recognized to the extent that it has become probable that future taxable profits will allow the deferred tax asset to be recovered.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in the year when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted at the reporting date.

Deferred tax relating to items recognized outside profit or loss is recognized outside profit or loss. Deferred tax items are recognized in correlation to the underlying transaction either in other comprehensive income or directly in equity.

Deferred tax assets and deferred tax liabilities are offset if a legally enforceable right exists to set off current tax assets against current income tax liabilities and the deferred taxes relate to the same taxable entity and the same taxation authority and timing.

Tax benefits acquired as part of a business combination, but not satisfying the criteria for separate recognition at that date, would be recognized subsequently if new information about facts and circumstances changed. The adjustment would either be treated as a reduction to goodwill (as long as it does not exceed goodwill) if it is incurred during the measurement period or in profit or loss.

13

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Sales Tax*

Revenues, expenses and assets are recognized net of the amount of sales tax, except:

- Where the sales tax incurred on a purchase of assets or services is not recoverable from the taxation authorities, in which case the sales tax is recognized as part of the cost of acquisition of the asset or as part of the expense item as applicable.

- Receivables and payables are stated with the amount of sales tax included.

The net amount of sales tax recoverable from, or payable to, the taxation authorities is included as part of receivables or payables in the statement of financial position.

***Property, Plant and Equipment***

Property, plant and equipment is stated at cost, net of accumulated amortization and/or accumulated impairment losses, if any. Such cost includes the cost of replacing component parts of the property, plant and equipment, costs incurred for self-constructed assets, and borrowing costs for long-term construction projects if certain recognition criteria are met. When significant parts of property, plant and equipment are required to be replaced at intervals, the Company derecognizes the replaced part, and recognizes the new part with its own associated useful life and amortization. Likewise, when a major inspection is performed, its cost is recognized in the carrying amount of the plant and equipment as a replacement if the recognition criteria are satisfied. All other repair and maintenance costs are recognized in the statement of operations as incurred. The present value of the expected cost for the retirement of the asset after its use is included in the cost of the respective asset if the recognition criteria for a provision are met.

Costs incurred for self-constructed assets relate to waste water treatment units for our operations and previously, to our landfill related site costs for our RGI operations prior to their disposal in September 2013 (Note 7). These costs include the cost of materials, direct labor and overhead.

Amortization commences at the time the asset is ready for its intended use and accordingly, equipment under construction and spare parts are not amortized. Amortization for property, plant and equipment is calculated over the estimated useful lives of the assets as follows:

Building...............................................Twenty to forty years, straight-line
Equipment............................................20% declining balance and seven years, straight-line
Vehicles...............................................30% declining balance and three years, straight-line
Leasehold improvements...........................20% declining balance and life of lease, straight-line
Computer hardware...................................30% declining balance and three to five years, straight-line
Computer software....................................30% declining balance and three to five years, straight-line
Water remediation units............................Seven years, straight-line

An item of property, plant and equipment and any significant part initially recognized is derecognized upon disposal or when no future economic benefits are expected from its use or disposal. Any gain or loss arising on derecognition of the asset (calculated as the difference between the net disposal proceeds and the carrying amount of the asset) is included in the statement of operations when the asset is derecognized.

The assets' residual values, useful lives and methods of amortization are reviewed at each financial year end and adjusted prospectively, if appropriate.

***Leases***

The determination of whether an arrangement is, or contains, a lease is based on the substance of the arrangement at the inception date, whether fulfillment of the arrangement is dependent on the use of a specific asset or assets or the arrangement conveys a right to use the asset, even if that right is not explicitly specified in an arrangement.

14

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Finance leases that transfer to the Company substantially all the risks and benefits incidental to ownership of the leased item, are capitalized at the commencement of the lease at the fair value of the leased property or, if lower, at the present value of the minimum lease payments. Lease payments are apportioned between finance charges and reduction of the lease liability so as to achieve a constant rate of interest on the remaining balance of the liability. Finance charges are recognized in finance costs in the statement of operations.

A leased asset is amortized over the useful life of the asset. However, if there is no reasonable certainty that the Company will obtain ownership by the end of the lease term, the asset is amortized over the shorter of the estimated useful life of the asset and the lease term.

Operating lease payments are recognized as an operating expense in the statement of operations on a straight-line basis over the lease term.

*Borrowing Costs*

Borrowing costs directly attributable to the acquisition, construction or production of an asset that necessarily takes a substantial period of time to get ready for its intended use or sale are capitalized as part of the cost of the respective assets. All other borrowing costs are expensed as incurred. Borrowing costs consist of interest and other costs that the Company incurs in connection with the borrowing of funds.

*Intangible Assets*

Intangible assets acquired separately are measured on initial recognition at cost. The cost of intangible assets acquired in a business combination is their fair value as at the date of acquisition. Following initial recognition, intangible assets are carried at cost less accumulated amortization and accumulated impairment losses, if any. Internally generated intangible assets, excluding capitalized development costs, are not capitalized and expenditure is reflected in the statement of operations in the year in which the expenditure is incurred.

The useful lives of intangible assets are assessed as either finite or indefinite.  Intangible assets with finite lives are amortized over their useful economic lives and assessed for impairment whenever there is an indication that the intangible asset may be impaired. The amortization period and the amortization method for an intangible asset with a finite useful life are reviewed at least at the end of each reporting period. Changes in the expected useful life or the expected pattern of consumption of future economic benefits embodied in the asset is accounted for by changing the amortization period or method, as appropriate, and are treated as changes in accounting estimates.

Intangible assets with indefinite useful lives are not amortized, but are tested for impairment annually, either individually or at the cash-generating unit level. The assessment of indefinite life is reviewed annually to determine whether the indefinite life continues to be supportable. If not, the change in useful life from indefinite to finite is made on a prospective basis.  At March 31, 2014 and 2013 the Company had no intangible assets with an indefinite life, other than goodwill.

Gains or losses arising from derecognition of an intangible asset are measured as the difference between the net disposal proceeds and the carrying amount of the asset and are recognized in the statement of operations when the asset is derecognized.

Research costs are expensed as incurred. Development expenditures, on an individual project, are recognized as an intangible asset when the Company can demonstrate:

- The technical feasibility of completing the intangible asset so that it will be available for use or sale
- Its intention to complete and its ability to use or sell the asset
- How the asset will generate future economic benefits
- The availability of resources to complete the asset
- The ability to measure reliably the expenditure during development

Following initial recognition of the development expenditure as an asset, the cost model is applied requiring the asset to be carried at cost less any accumulated amortization and accumulated impairment losses. Amortization of the asset begins when development is complete and the asset is available for use and is charged to expense over the period of expected future benefit.

15

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Acquired customer contracts and relationships are amortized over the remaining life of the underlying contracts, which is less than one year. Customer contracts and relationships relate to the acquisition of PTEC during October 2012 (Note 6), and were fully amortized at March 31, 2013.

Trademarks and trade names relate to the CWT operations that were acquired in April 2013 (Note 6).

The non-competition agreement relates to the previous owners of the PTEC operations that were acquired in October 2012 (Note 6).

Amortization for intangible assets that extend beyond one year is calculated on a straight-line basis over the estimated useful lives of the assets as follows:

Intellectual property .............................................................. Ten years
Development costs .................................................................. Three years
Trademarks and tradenames .................................................. Six years
Non-competition agreement .................................................. Five years

*Financial Instruments – Initial Recognition and Subsequent Measurement*

Financial assets and liabilities are recognized when the Company becomes party to the contractual provisions of a financial instrument. The Company's financial instruments are comprised of cash and cash equivalents, trade and other receivables, trade and other payables, notes payable and bank indebtedness, the PTEC earn-out (Notes 6 and 27), the DHS earn-out (Notes 8 and 27) and the purchase price payable for the acquisition of the Santa Fe Springs operations (Note 6). Financial instruments are initially recognized at fair value plus, for instruments not at fair value, any directly attributable transaction costs. Subsequent to the initial recognition, financial instruments are measured as follows:

- Held for trading financial assets and liabilities are measured at fair value with the resulting gains and losses recognized in net earnings for the year.
- Available for sale financial assets are measured at fair value with unrealized gains and losses recognized in other comprehensive income (loss) except for losses in value that are considered other than temporary. Realized gains and losses are recognized in net earnings.
- Held to maturity financial assets are measured at amortized cost, using the effective interest rate method less impairment losses.
- Other financial liabilities are measured at amortized cost, using the effective interest rate method.

The Company has classified or designated its financial instruments as follows:

- Cash and cash equivalents as held for trading.
- Trade and other receivables as held to maturity.
- Trade and other payables, notes payable and bank indebtedness as other financial liabilities.

*Impairment*

*Financial Assets*

The Company assesses at each statement of financial position date whether a financial asset is impaired. If there is objective evidence that an impairment loss on assets carried at amortized cost has been incurred, the amount of the loss is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows discounted at the financial asset's original effective interest rate. The carrying amount of the asset is then reduced by the amount of the impairment. The amount of the loss is recognized in net earnings.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognized, the previously recognized impairment loss is reversed to the extent that the carrying value of the asset does not exceed what the amortized cost would have been had the impairment had not been recognized. For financial assets measured at amortized cost, any subsequent reversal of an impairment loss is recognized in net earnings.

In relation to trade receivables, a provision for impairment is made and an impairment loss is recognized in the consolidated statement of operations and comprehensive loss when there is objective evidence (such as the probability of insolvency or significant financial difficulties of the debtor) that the Company will not be able to collect all of the amounts due under the original terms of the invoice. The carrying amount of the receivable is reduced through use of an allowance account. Impaired debts are written off against the allowance account when they are assessed as uncollectible.

*Non-Financial Assets*

The carrying amounts of the Company's property, plant and equipment and intangible assets that have a finite life are reviewed at each reporting date to determine whether there is any indication of impairment. Goodwill is reviewed for impairment annually or more frequently if certain impairment indicators arise. The Company's annual impairment testing date is March 31.

If any such indication exists or when annual impairment testing for an asset is required, then the asset's recoverable amount is estimated. The recoverable amount of an asset or cash-generating unit is the greater of its value in use or its fair value less costs to sell. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset or cash-generating unit. In determining fair value less costs to sell, recent market transactions are taken into account, if available. If no such transactions can be identified, an appropriate valuation model is used. These calculations are corroborated by valuation multiples, quoted share prices for publicly traded subsidiaries or other available fair value indicators.

An impairment loss is recognized if the carrying amount of an asset or its cash-generating unit exceeds its estimated recoverable amount. Impairment losses are recognized in net earnings for the year. An impairment loss in respect of goodwill is not reversed. In respect of other assets, impairment losses recognized in prior periods are assessed at each reporting date for any indications that the loss has decreased or no longer exists. An impairment loss is reversed if there has been a change in the estimates used to determine the recoverable amount. An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of amortization, if no impairment loss had been recognized.

**Goodwill**

At March 31, 2014 and 2013, the Company's goodwill totaled $8.7 million and $2.7 million, respectively, and consists of the following at March 31, 2014:   (i) $6.4 million for the acquisition of CWT in April 2013; and (ii) $2.3 million for the acquisition of Piedmont Technical Services, Inc. in October 2012 (Note 6). Goodwill consists of the following at March 31, 2013: (i) $2.1 million for the acquisition of Piedmont Technical Services, Inc.; (ii) $0.2 million for the acquisition of LEL in September of 2009, which is net of an impairment charge of $0.4 million recognized during the year ended March 31, 2013 (Note 15); and (iii) $0.4 million for the acquisition of Bio-Synergy in December of 2006, which is net of an impairment charge of $0.8 million recognized during the year ended March 31, 2013 (Note 15). Piedmont Technical Services, Inc. is included in the Company's Equipment Sales and Rentals segment, LEL was included in the Company's previous RGI segment and Bio-Synergy was included in the Company's previous REI segment (Notes 7 and 9). Goodwill is tested for impairment annually, at March 31, and when circumstances indicate that the carrying value may be impaired. Impairment is determined for goodwill by assessing the recoverable amount of each cash-generating unit (or group of cash-generating units) to which the goodwill relates. Where the recoverable amount of the cash generating unit is less than their carrying amount, an impairment loss is recognized.

Goodwill is initially measured at cost, being the excess of the aggregate of the consideration transferred and the amount recognized for non-controlling interest over the net identifiable assets acquired and liabilities assumed. If this consideration is lower than the fair value of the net assets of the subsidiary acquired, the difference is recognized as a gain.

## RDX TECHNOLOGIES CORPORATION
### (FORMERLY RIDGELINE ENERGY SERVICES INC.)
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

After initial recognition, goodwill is measured at cost less any accumulated impairment losses. For the purpose of impairment testing, goodwill acquired in a business combination is, from the acquisition date, allocated to each of the Company's cash-generating units that are expected to benefit from the combination, irrespective of whether other assets or liabilities of the acquiree are assigned to those units.

Where goodwill forms part of a cash-generating unit and part of the operation within that unit is disposed of, the goodwill associated with the operation disposed of is included in the carrying amount of the operation when determining the gain or loss on disposal of the operation. Goodwill disposed of in this circumstance is measured based on the relative values of the operation disposed of and the portion of the cash-generating unit retained.

### Cash and Cash Equivalents

Cash and cash equivalents in the statement of financial position comprise cash at banks and on hand and short-term deposits with a maturity of three months or less. For the purpose of the consolidated statement cash flows, cash and cash equivalents consist of cash and cash equivalents as defined above, net of outstanding bank overdrafts.

### Provisions

Provisions are recognized when the Company has a present obligation (legal or constructive) as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

If the effect of the time value of money is material, provisions are discounted using a current pre-tax rate that reflects, where appropriate, the risks specific to the liability. Where discounting is used, the increase in the provision due to the passage of time is recognized as a finance cost.

The Company provides a provision for asset retirement obligations associated with our previous RGI operations. Asset retirement obligations are provided at the present value of expected costs to settle the obligation using estimated cash flows and are recognized as part of the cost of that particular asset. The cash flows are discounted at a current pre-tax rate that reflects the risks specific to the obligation. The unwinding of the discount is expensed as incurred and recognized in the statement of operations as a finance cost. The estimated future costs of obligations are reviewed annually and adjusted as appropriate. Changes in the estimated future costs or in the discount rate applied are added to or deducted from the cost of the asset. Asset retirement obligations totaled less than $0.1 million at March 31, 2013 and the time of disposition of RGI in September 2013.

### Share-based Payments

Employees (including senior executives) of the Company receive remuneration in the form of share-based payment transactions, whereby employees render services as consideration for equity instruments (equity-settled transactions).

The cost of equity-settled transactions is recognized, together with a corresponding increase in contributed surplus in equity, over the period in which the performance and/or service conditions are fulfilled. The cumulative expense recognized for equity-settled transactions at each reporting date until the vesting date reflects the extent to which the vesting period has expired and the Company's best estimate of the number of equity instruments that will ultimately vest. The expense or credit for a period represents the movement in cumulative expense recognized as at the beginning and end of that period and is recognized in share-based payment expense (Note 25).

No expense is recognized for awards that do not ultimately vest, except for equity-settled transactions where vesting is conditional upon a market or non-vesting condition, which are treated as vesting irrespective of whether or not the market or non-vesting condition is satisfied, provided that all other performance and/or service conditions are satisfied.

Where the terms of an equity-settled transaction award are modified, the minimum expense recognized is the expense as if the terms had not been modified, if the original terms of the award are met. An additional expense is recognized for any modification that increases the total fair value of the share-based payment transaction, or is otherwise beneficial to the employee as measured at the date of modification.

18

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Where an equity-settled award is cancelled, it is treated as if it vested on the date of cancellation, and any expense not yet recognized for the award is recognized immediately. This includes any award where non-vesting conditions within the control of either the entity or the employee are not met. However, if a new award is substituted for the cancelled award, and designated as a replacement award on the date that it is granted, the cancelled and new awards are treated as if they were a modification of the original award, as described in the previous paragraph. All cancellations of equity-settled transaction awards are treated equally.

Stock appreciation rights ("SAR") that may be settled in cash at the election of the grantee, are accounted for as liabilities and are reflected at fair value. Any changes in fair value are recognized to earnings as they occur. At March 31, 2014 and 2013 the Company did not have any share-based payment transactions that included cash settled SAR's.

The dilutive effect of outstanding options is reflected as additional share dilution in the computation of diluted earnings per share.

**4. Significant Accounting Judgments, Estimates and Assumptions**

The preparation of the Company's consolidated financial statements requires management to make judgments, estimates and assumptions that affect the reported amounts of revenues, expenses, assets and liabilities, and the disclosure of contingent liabilities, at the end of the reporting period. However, uncertainty about these assumptions and estimates could result in outcomes that require a material adjustment to the carrying amount of the asset or liability affected in future periods.

***Judgments***

In the process of applying the Company's accounting policies, management has made the following judgments, which have the most significant effect on the amounts recognized in the consolidated financial statements:

*Impairment of Property, Plant and Equipment and Intangible Assets with a Finite Life*

The Company has recently invested significant capital in acquiring and developing the intellectual property and technology relative to the Company's Water and Energy businesses, as well as costs associated with the physical construction of water and energy equipment. These costs include: (i) the acquisition of the intellectual property (Notes 8 and 14); (ii) the development of the technology through the Company's Development and Supply Agreement with Danzik Applied Sciences, LLC (Note 27); (iii) the costs of physically constructing water and energy equipment; and (iv) the purchase prices paid for Santa Fe Springs assets and land and CWT limited partnership interests (Note 6). The Company's intangible assets and property and equipment relative to the Water and Energy businesses are particularly sensitive to changes in technology as this technology is rapidly developing.

The Company has assessed whether there are any indicators of potential impairment at each reporting period and concluded that there were no indicators that would require these assets to be tested for impairment other than those described in Notes 7, 13 and 14. This assessment is based on judgment related to forecasts of future cash flows, which are inherently uncertain. A subsequent change in these cash flow assumptions may cause these assets to be impaired in future periods.

*Liquidity and Going Concern*

Management has forecast the Company's financial results and cash flows for fiscal 2015. The forecasts are based on management's best estimates of operating conditions in the context of management's best estimates of the current economic climate. The judgments and assumptions that can most directly impact these forecasts are the expected sales volumes and pricing on such sales, costs of raw materials, foreign exchange fluctuations and collectability of accounts receivable. As a result, management believes that the Company has the ability to continue as a going concern as discussed in detail below.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

At March 31, 2014, the Company had recurring losses and negative working capital of $16.6 million which was primarily due to the fact that the Company was not in compliance with two promissory note agreements totaling US$20.0 million (Note 21) and as a result the entire balance of such notes was classified with current liabilities in the accompanying Statements of Financial Position. Management continues to negotiate with the holders of these promissory notes in an attempt to modify these debts. The Company will continue to require additional capital as it continues acquiring new facilities, developing new or improving existing products and completing the production and installation of additional water processing systems and related equipment. Because of the matters discussed above, the Company's independent public accountants have included an emphasis of matter paragraph regarding going concern in their audit report on our March 31, 2014 consolidated financial statements. Such paragraph states that there is substantial doubt about the Company's ability to continue as a going concern. Such financial statements have been prepared assuming that the Company will continue as a going concern (based upon management's plans discussed herein) which contemplates, among other things, the realization of assets and satisfaction of liabilities in the ordinary course of business. Accordingly, the aforementioned financial statements do not include any adjustments related to the recoverability and classification of asset carrying amounts or the amount and classification of liabilities that might result, should the Company be unable to continue as a going concern. Management has taken the following actions to mitigate this uncertainty:

- Subsequent to March 31, 2014, the Company sold approximately 17 1/2 acres of excess land at its Santa Fe Springs facility which generated US$4.9 million of net cash proceeds to the Company (Note 34).
- Subsequent to March 31, 2014, the Company was able to secure a short-term financing in the amount of US$3.3 million (Note 34).
- Management has been in discussions with numerous potential customers regarding the utilization of fuel produced by the Company versus alternative energy sources. In addition to current customers the company is in varying levels of talks with potential new customers to become their supplier of fuel which could significantly increase sales.
- The Company is working on introducing a new operating segment that would sell water treatment equipment systems, related licenses, and geographical processing locations, or franchises, to qualified third-party buyers.
- The Company is also looking into securing new corporate and/or asset level debt and is discussing an equity raise.

There can be no assurance that we will be successful in raising additional funds, or that these funds may be obtainable on terms that are favorable to us. If we are unable to raise additional funds, we may be required to delay, scale back or eliminate some of our development initiatives, initiate headcount reductions, delay or eliminate other initiatives that we believe support our future business plans and/or discontinue certain operations.

*Acquisition of Santa Fe Springs*

As discussed in Note 6, on March 18, 2013, the Company acquired control of certain assets and land from Lakeland Processing Company and Lakeland Development Company (collectively, "Lakeland"). Prior to this acquisition closing, the Company ran the day to day operations of the Santa Fe Springs facility under a Management Contract, as amended, between Lakeland and the Company ("Lakeland Management Contract"). Under the Lakeland Management Contract, the Company became responsible for the administration, management, sales, billing, collection, waste water treatment and disposal, environmental compliance, maintenance, security and all other functions of the business. The Company, in consideration for its services, received all proceeds from the operation of the waste water business beginning April 23, 2012, the effective date of the Lakeland Management Contract, and was responsible for all costs and expenses of the waste water business incurred beginning on the April 23, 2012 transition date. The Company did not account for the execution of the Lakeland Management Contract as a business combination, although the Lakeland Management Contract provided for management of the day to day operations, the Company was not able to exert control over the business as a whole. This conclusion relates to the fact that the Lakeland Management Contract did not permit the Company to enter into certain transactions that an owner would normally be permitted to enter into, such as disposing of and encumbering assets.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

On May 4, 2012, Lakeland Development Company filed a voluntary petition for reorganization under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Central District of California. The Lakeland acquisition was completed pursuant to a Purchase Agreement ("Lakeland Purchase Agreement)", which was approved by the Bankruptcy Court on March 18, 2013, and an Asset Purchase Agreement ("Lakeland Asset Purchase Agreement"). Following the March 18, 2013 Bankruptcy Court approval, there was a 14 day appeal period whereby objections to the Bankruptcy Court approval could be made; however, the Company believes it gained control of the acquired Lakeland assets and land on March 18, 2013 because we considered it to be remote that a challenge to that control would come through an appeal, and if there were an appeal, that appeal would need to be successful to prevent the Company from having control. This conclusion was partly due to the primary Lakeland creditors being involved in finalizing the Lakeland Purchase Agreement prior to submitting it to the Bankruptcy Court for final approval. This appeal period expired on April 1, 2013, and on April 5, 2013 title to the various Lakeland assets and land was transferred to the Company and consideration was transferred by the Company to Lakeland. For accounting purposes, the Company has accounted for the acquisition of Lakeland effective March 18, 2013, which is based on the factors discussed above.

*Management Contracts*

Similar to the Lakeland Management Contract discussed above and in Note 6, the Company has entered into other management contracts and agreements for the management of other businesses, with the intention of utilizing the information obtained under these management contracts and agreements as part of the due diligence for the potential acquisition of these businesses. These agreements are described in further detail in Notes 6 and 27. Under these various arrangements, the Company generally runs the day to day operations of the target business for a specified time period while negotiations for a potential acquisition are underway. The Company, in consideration for its services, generally assumes the risks and receives the rewards from the operation of the business. We have not accounted for the execution of any of these agreements as a business combination as, although the underlying agreements provide for management of the day to day operations, the Company is not able to exert control. This conclusion relates to the fact that the various management contracts and agreements do not permit the Company to enter into certain transactions that an owner would normally be permitted to enter into, such as disposing of, and encumbering assets. The Company, as the primary obligor and recipient of any benefits for business transacted while under the various management contracts and agreements, recognizes the revenues and expenses of the managed business on a gross basis in the Company's consolidated financial statements.

*Recognition of Intangible Assets*

As discussed in Notes 8 and 14, the Company has recognized $15.7 million and $18.4 million of net intangible assets at March 31, 2014 and 2013, respectively. Management applied judgment in determining that the intangible assets were identifiable, the Company had control over the assets and that future economic benefits would be derived from these assets and therefore should be recognized in the statement of financial position. Management also applied judgment in determining whether the assets had a definite or indefinite life based on whether there is a foreseeable limit to the period the assets are expected to generate net cash inflows for the Company.

*Acquisition of Piedmont Technical Services, Inc.*

As discussed in Note 6, the Company may be required to issue up to 1,500,000 shares of common stock on an earn-out basis relative to certain assets acquired from Piedmont Technical Services, Inc., which is based on certain revenue growth and gross profit margin targets over a three year period. The Company has used judgment in determining whether this earn-out provision is part of the consideration for the assets acquired or remuneration to the former employees of Piedmont Technical Services, Inc., which became employees of the Company following this acquisition. The Company has concluded that the earn-out provision relates to consideration for the acquired assets and is accordingly included in the purchase price, which is based primarily on the magnitude of the potential earn-out relative to both the purchase price and stock-based compensation for other employees in similar positions within the Company.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*RIN Cost Recognition*

As discussed in Note 3, the Company recognizes revenue from refined fuel sales and RINs, which are created at the same time refined fuel is manufactured. When refined fuel is sold, the RINs associated with this refined fuel are detached and may be sold separately. The cost of manufacturing refined fuel is bifurcated between the refined fuel produced and RINs created, based on the relative selling prices of the refined fuel and RINs. Management applies judgment with regards to the method of bifurcation of costs of the refined fuel and RINs created which it believes to be reasonable under the circumstances, and has been consistently applied.

*Estimates and Assumptions*

The key assumptions concerning the future, and other key sources of estimation uncertainty at the reporting date, that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year, are described below. The Company based its assumptions and estimates on parameters available when the consolidated financial statements were prepared. Existing circumstances and assumptions about future developments, however, may change due to market changes or circumstances arising beyond the control of the Company. Such changes are reflected in the assumptions when they occur.

*Goodwill*

The Company has significant goodwill relative to the PTEC and CWT acquisitions (Notes 6 and 15). Goodwill is not amortized, but is tested for impairment annually or more frequently if changes in circumstances indicate a potential impairment. Goodwill impairment is assessed based on a comparison of the fair value of a reporting unit to the underlying carrying value of that reporting unit's net assets, including goodwill. When the carrying amount of the reporting unit exceeds its fair value, the fair value of goodwill related to the reporting unit is compared to its carrying value and excess of carrying value is recognized as an impairment loss. The key assumptions used to determine the recoverable amount for the different cash generating units, including a sensitivity analysis, are further explained in Note 15. As discussed in Note 15, the Company recognized an impairment charge totaling $1.3 million for the previous REI and RGI segments as of March 31, 2013, which was based on the expected amount to be realized upon the closing of the sale of REI and RGI in fiscal 2014, which is discussed more fully in Note 7.

*Share-Based Payments*

The Company measures the cost of equity-settled transactions with employees by reference to the fair value of the equity instruments at the date at which they are granted. Estimating fair value for share-based payment transactions requires determining the most appropriate valuation model, which is dependent on the terms and conditions of the grant. For stock options, this estimate also requires the determination of the most appropriate inputs to the valuation model including the expected life of the share option, volatility and dividend yield and making assumptions about them. The assumptions and models used for estimating fair value for share-based payment transactions are disclosed in Note 25.

*Useful Lives of Property, Plant and Equipment and Amortized Intangible Assets*

The Company makes significant estimates and assumptions relative to the useful life of property, plant and equipment and amortized intangible assets. The useful lives of these assets are based on management's best estimates, at each reporting date, and are based on the estimated useful life of each underlying asset taking into consideration all relevant factors. The Company's intangible assets and equipment relative to the Water and Energy segments (primarily water remediation units and CWT equipment) are particularly sensitive to changes in technology as the technology underlying our products is rapidly developing. The useful lives of property, plant and equipment are discussed more in Notes 3 and 13 and intangible assets are discussed more fully in Notes 3 and 14.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Allowance for doubtful accounts*

It is possible that certain accounts receivable may become uncollectible, and as such, an allowance for these doubtful accounts is maintained. The allowance is based on the estimated recovery of accounts receivable and incorporates current and expected collection trends. These estimates will change, as necessary, to reflect market or specific industry risks, as well as known or expected changes in the customers' financial position (Note 10).

*Earn-Out Arrangements*

The Company recognizes changes in the fair value of certain earn-out arrangements, which are classified as a liability on the consolidated statements of financial position as of March 31, 2014 and 2013, as other income or expense based on both changes in the Company's underlying stock price and changes in the estimate of the number of shares to be issued. These earn-out arrangements consist of the PTEC earn-out, which is discussed in the Judgments section above and in Note 6, and the DHS earn-out, which relates to the January 2012 acquisition of intellectual property and non-controlling interests and is described more fully in Note 8. The Company's best estimate of share issuances for the PTEC earn-out is 750,000 common shares of a potential 1,500,000 common shares as of the October 2012 acquisition date and March 31, 2014 and 2013. The Company's best estimate of share issuances for the DHS earn-out is nil common shares of a potential 12,000,000 common shares as of both March 31, 2014 and 2013. The liability for the PTEC earn-out and DHS earn-out totaled $0.4 million and $0.3 million at March 31, 2014 and 2013, respectively. Changes in these estimates will impact the recognized fair values of these earn-outs.

**5. Recently Issued Accounting Standards**

**Applied during Fiscal 2014**

The Company has adopted the following accounting standards during fiscal 2014 with no significant impact on the Company's financial condition or results of operations:

*IFRS 10 Consolidated Financial Statements*

Requires a parent to present consolidated financial statements as those of a single economic entity, replacing the requirements previously contained in IAS 27 *Consolidated and Separate Financial Statements* and SIC-12 *Consolidation - Special Purpose Entities.*

The standard identifies the principles of control, determines how to identify whether an investor controls an investee and therefore must consolidate the investee, and sets out the principles for the preparation of consolidated financial statements.

Applicable to annual periods beginning on or after January 1, 2013. If early-adopted, must be adopted together with IFRS 11, IFRS 12, IAS 27 (2011) and IAS 28 (2011).

*IFRS 11 Joint Arrangements*

Replaces IAS 31 *Interests in Joint Ventures.* Requires a party to a joint arrangement to determine the type of joint arrangement in which it is involved by assessing its rights and obligations and then account for those rights and obligations in accordance with that type of joint arrangement.

Applicable to annual periods beginning on or after January 1, 2013. If early-adopted, must be adopted together with IFRS 10, IFRS 12, IAS 27 (2011) and IAS 28 (2011).

*IFRS 12 Disclosure of Interests in Other Entities*

Requires the extensive disclosure of information that enables users of financial statements to evaluate the nature of, and risks associated with, interests in other entities and the effects of those interests on its financial position, financial performance and cash flows.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Applicable to annual periods beginning on or after January 1, 2013. If early-adopted, must be adopted together with IFRS 10, IFRS 11, IAS 27 (2011) and IAS 28 (2011).

*IFRS 13 Fair Value Measurement*

Replaces the guidance on fair value measurement in existing IFRS accounting literature with a single standard.

This IFRS defines fair value, provides guidance on how to determine fair value and requires disclosures about fair value measurements. However, IFRS 13 does not change the requirements regarding which items should be measured or disclosed at fair value.

Entities are required to make various disclosures depending upon the nature of the fair value measurement (e.g., whether it is recognized in the financial statements or merely disclosed) and the level in which it is classified.

Applicable to annual periods beginning on or after January 1, 2013.

*Presentation of Items of Other Comprehensive Income (Amendments to IAS 1)*

Amends IAS 1 *Presentation of Financial Statements* to revise the way other comprehensive income is presented.

The amendments:

- Preserve the amendments made to IAS 1 in 2007 to require profit or loss and other comprehensive income to be presented together, i.e., either as a single "statement of profit or loss and comprehensive income", or a separate "statement of profit or loss" and a 'statement of comprehensive income" – rather than requiring a single continuous statement as was proposed in the exposure draft
- Require entities to group items presented in other comprehensive income based on whether they are potentially reclassifiable to profit or loss subsequently. i.e., those that might be reclassified and those that will not be reclassified
- Require tax associated with items presented before tax to be shown separately for each of the two groups of other comprehensive income items (without changing the option to present items of other comprehensive income either before tax or net of tax).

Applicable to annual periods beginning on or after July 1, 2012.

*Consolidated Financial Statements, Joint Arrangements and Disclosure of Interests in Other Entities: Transition Guidance*

Amends IFRS 10 *Consolidated Financial Statements*, IFRS 11 *Joint Arrangements* and IFRS 12 *Disclosure of Interests in Other Entities* to provide additional transition relief by limiting the requirement to provide adjusted comparative information to only the preceding comparative period. Also, amendments to IFRS 11 and IFRS 12 eliminate the requirement to provide comparative information for periods prior to the immediately preceding period.

Applicable to annual periods beginning on or after January 1, 2013.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**Pending Accounting Standards**

The Company is currently assessing the potential impact of adopting the following accounting standards:

*IFRS 9 Financial Instruments (2009)*

IFRS 9 introduces new requirements for classifying and measuring financial assets, as follows:

- Debt instruments meeting both a "business model" test and a "cash flow characteristics" test are measured at amortized cost (the use of fair value is optional in some limited circumstances)
- Investments in equity instruments can be designated as "fair value through other comprehensive income" with only dividends being recognized in profit or loss
- All other instruments (including all derivatives) are measured at fair value with changes recognized in profit or loss
- The concept of "embedded derivatives" does not apply to financial assets within the scope of the standard and the entire instrument must be classified and measured in accordance with the above guidelines.

The IASB has indefinitely postponed the mandatory adoption date of this standard.

*IFRS 9 Financial Instruments (2010)*

This is a revised version incorporating revised requirements for the classification and measurement of financial liabilities, and carrying over the existing de-recognition requirements from IAS 39 *Financial Instruments: Recognition and Measurement.*

The revised financial liability provisions maintain the existing amortized cost measurement basis for most liabilities. New requirements apply where an entity chooses to measure a liability at fair value through profit or loss; in these cases, the portion of the change in fair value related to changes in the entity's own credit risk is presented in other comprehensive income rather than within profit or loss.

The IASB has indefinitely postponed the mandatory adoption date of this standard.

*IFRS 15 Revenue from Contracts with Customers*

IFRS 15 provides a single, principles based five-step model to be applied to all contracts with customers. The five steps in the model are as follows:

- Identify the contract with the customer
- Identify the performance obligations in the contract
- Determine the transaction price
- Allocate the transaction price to the performance obligations in the contracts
- Recognize revenue when (or as) the entity satisfies a performance obligation.

Guidance is provided on topics such as the point in which revenue is recognized, accounting for variable consideration, costs of fulfilling and obtaining a contract and various related matters. New disclosures about revenue are also introduced.

Applicable to annual periods beginning on or after January 1, 2017.

*Recoverable Amount Disclosures for Non-Financial Assets (Amendments to IAS 36)*

Amends IAS 36 *Impairment of Assets* to reduce the circumstances in which the recoverable amount of assets or cash-generating units is required to be disclosed, clarify the disclosures required, and to introduce an explicit requirement to disclose the discount rate used in determining impairment (or reversals) where recoverable amount (based on fair value less costs of disposal) is determined using a present value technique.

Applicable to annual periods beginning on or after January 1, 2014.

25

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Annual Improvements 2010-2012 Cycle*

Makes amendments to the following standards:

- IFRS 2 — Amends the definitions of "vesting condition" and "market condition" and adds definitions for "performance condition" and "service condition"
- IFRS 3 — Require contingent consideration that is classified as an asset or a liability to be measured at fair value at each reporting date
- IFRS 8 — Requires disclosure of the judgments made by management in applying the aggregation criteria to operating segments, clarify reconciliations of segment assets only required if segment assets are reported regularly
- IFRS 13 — Clarify that issuing IFRS 13 and amending IFRS 9 and IAS 39 did not remove the ability to measure certain short-term receivables and payables on an undiscounted basis (amends basis for conclusions only)
- IAS 16 and IAS 38 — Clarify that the gross amount of property, plant and equipment is adjusted in a manner consistent with a revaluation of the carrying amount
- IAS 24 — Clarify how payments to entities providing management services are to be disclosed

Applicable to annual periods beginning on or after July 1, 2014.

*Annual Improvements 2011-2013 Cycle*

Makes amendments to the following standards:

- IFRS 1 — Clarify which versions of IFRSs can be used on initial adoption (amends basis for conclusions only)
- IFRS 3 — Clarify that IFRS 3 excludes from its scope the accounting for the formation of a joint arrangement in the financial statements of the joint arrangement itself
- IFRS 13 — Clarify the scope of the portfolio exception in paragraph 52
- IAS 40 — Clarifying the interrelationship of IFRS 3 and IAS 40 when classifying property as investment property or owner-occupied property

Applicable to annual periods beginning on or after July 1, 2014.

**6. Business Combinations**

***Changing World Technologies, L.P.***

On April 15, 2013, the Company closed on a Unit Purchase Agreement, as amended (the "CWT Agreement") dated March 11, 2013 by and among (i) the Company and (ii) CWT Enterprises (Canada), Inc. ("General Partner") along with the ("Partners") CWT Canada II Limited Partnership, a Canadian limited partnership ("CWT Canada"), Resource Recovery Corporation, a Delaware corporation, ("RRC"), and GEM Holdco, LLC, a Delaware limited liability company, collectively the ("Sellers"). As part of the CWT Agreement, the Company acquired all of the issued and outstanding units of capital stock of Changing World Technologies, L.P. ("CWT") in exchange for Company stock and promissory notes. Bruce MacFarlane, the President of Resource Recovery Corporation, and Jean Noelting, a Director of CWT Enterprises (Canada), Inc. and CWT Canada II Limited Partnership, were appointed to the Company's Board of Directors subsequent to the CWT acquisition, and served on the Company's Board of Directors until May 23, 2014.

CWT operates a renewable diesel fuel plant in Carthage, Missouri. When a gallon of refined fuel is sold, the Company's CWT operations also recognize revenues for alternative fuel tax credits as these credits are directly related to the underlying refined fuel sales. As long as CWT has no income tax liabilities, these alternative fuel tax credits are fully recognizable and do not require offsetting of income tax liabilities to be realized. This alternative fuel tax credit program expired as of December 31, 2013 and it is unclear whether this program will be renewed for the 2014 calendar year.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The total consideration paid was comprised of: (i) promissory notes in the aggregate amount of US$20.0 million; (ii) 25,862,069 shares of common stock; and (iii) warrants to purchase 4,100,000 shares of common stock of the Company with a strike price of $1.00 per share for a period of five years. The fair value of consideration paid for CWT is summarized as follows:

| | |
|---|---:|
| Promissory notes | $ 20,412,000 |
| Common shares | 12,155,172 |
| Warrants | 1,356,629 |
| Total purchase price | $ 33,923,801 |

The Company received final TSX Venture Exchange ("TSXV") approval for this transaction on April 22, 2013. As discussed in Note 27, GEM Holdco, LLC initiated legal proceedings against the other Sellers, Jean Noelting, the Company and Dennis M. Danzik relative to the above transaction. These proceedings are ongoing as of the date of this filing.

The purchase price allocation for the acquisition of CWT is summarized as follows:

| | |
|---|---:|
| Inventory | $ 3,281,660 |
| Property, plant and equipment | 26,616,227 |
| Intangible assets | 306,180 |
| Accounts payable | (1,247,761) |
| Accrued expenses | (178,197) |
| Note payable to GEM Holdco, LLC (Note 16) | (832,162) |
| Fair value of net assets acquired | 27,945,947 |
| Goodwill | 5,977,854 |
| Total | $ 33,923,801 |

Property, plant and equipment acquired in the above table is amortized over lives ranging from 1 to 24 years, with a weighted average of approximately 12 years. Fair value for inventory and property, plant and equipment was determined based on the highest and best use of each asset on an in-use basis as of the date of acquisition. The fair value of intangible assets, which relate to trademarks and trade names, was determined using a discounted cash flow model. Goodwill generated from the acquisition of CWT is currently expected to be deductible for income tax purposes and relates to the assembled workforce and ongoing operations of the facility acquired.

Prior to the acquisition of CWT, the Company managed CWT under a management contract (the "CWT Management Contract"). The CWT Management Contract transitioned the day to day operations of this facility from CWT to the Company effective December 1, 2012. Following this transition date, the Company became responsible for the administration, management, sales, billing, collection, refined fuel production, waste water treatment and disposal, environmental compliance, maintenance, security and all other functions of the business. The Company, in consideration for its services, received all proceeds from the operations of CWT following the December 1, 2012 transition date and was responsible for all costs and expenses of the business incurred after such transition date.

The Company incurred transaction costs relative to the acquisition of CWT of approximately $0.2 million, which are included in general and administrative expense on the accompanying consolidated statements of operations and comprehensive loss. Revenues and loss from operations relative to CWT were $15.8 million and $1.0 million for the year ended March 31, 2014, respectively. The Company recognized revenues of $6.8 million and income from operations of $0.1 million for the four months ended March 31, 2013, which relates to operations of CWT while under the CWT Management Contract prior to our acquisition of CWT, as discussed above.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

After the purchase of all of the issued and outstanding units of capital stock of CWT, the Company began evaluating renewable fuel production from its Carthage Missouri refinery and formed a belief that fuel qualities were not as expected and the technology path was not as strong as represented by the sellers. The Company also began discussions with the original sellers regarding these quality issues and the parties began negotiating an agreement that would address the Company's concerns.

At this time the Company believes that if an agreement with the sellers to compensate the Company for its fuel quality and technology path concerns is reached, this could result in a material reduction in liabilities owed to the sellers, but as with any negotiation, there is the possibility that an agreement will ultimately not be reached despite efforts from all parties involved. If a consensus were not to be reached the Company is prepared to explore other avenues including legal action as it feels strongly that the fuel quality and technology path acquired from the sellers were not as strong as represented by the sellers.

*Santa Fe Springs*

Effective March 18, 2013, the Company, through its wholly-owned subsidiary Ridgeline Energy Services (USA), Inc., acquired control of certain assets and approximately 20 acres of land owned by Lakeland Development Company, a Delaware corporation, and Lakeland Processing Company, LLC, a California limited liability company (collectively "Lakeland"), which is located in Santa Fe Springs, California ("Santa Fe Springs"). This acquisition was completed pursuant to the Lakeland Purchase Agreement and the Lakeland Asset Purchase Agreement. Prior to this acquisition closing, the Company ran the day to day operations of the Santa Fe Springs facility under the Lakeland Management Contract.

The Santa Fe Springs site is an existing waste water treatment facility. The Santa Fe Springs site accepts and processes non-hazardous waste water from multiple commercial and industrial operations in and around the Los Angeles, California market. In addition, the Santa Fe Springs site allows access to produced water and drilling fluid treatment from the Los Angeles basin and off shore platforms along the California coast. More recently this facility began processing interceptor waste with a focus on mining hydrocarbons, alcohols, and animal and vegetable oils ("Mined Raw Materials" or "MRM") contained in waste water for conversion to fuel at the Company's CWT facility. Specific water treatment equipment dedicated to processing interceptor waste, with a focus on mining MRM material, was sold to a third party operator during the third quarter of fiscal 2014. The Santa Fe Springs facility maintains a discharge permit with the Los Angeles County Sanitation District ("LACSD").

The purchase price for the assets and land acquired, as amended and inclusive of acquisition deposits previously funded and the issuance of 4,040,565 common shares of the Company is summarized as follows:

| | | |
|---|---|---:|
| Acquisition deposits funded prior to close | $ | 6,399,107 |
| Cash paid at close | | 496,395 |
| Note payable | | 401,382 |
| Common shares issued at close | | 1,737,443 |
| Additional common shares and / or cash issuable | | 5,544,183 |
| Total purchase price | $ | 14,578,510 |

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Prior to the close of the Santa Fe Springs acquisition, the Company had funded approximately $6.4 million towards this acquisition, which was credited towards the purchase price at close, as is shown in the above table.  For purposes of determining the purchase price in the above table, the Company utilized a $0.43 stock price for the Company's common shares that were issued, which correlates to the stock price on March 18, 2013, the date control was obtained.  The note payable was due January 15, 2015 and bore interest at a rate of 5.0% with no compounding (Note 21).The Company was also required to issue an additional US$5.4 million of common stock calculated at US$0.70 per share, which was to be issued in blocks of 1,550,000 shares of the Company's common stock on each of the third, sixth, ninth, twelfth, and fifteenth month anniversaries of the land closing date (April 5, 2013), provided that no blocks of shares would be released to Lakeland until the Company had received proceeds necessary to cover required remediation costs on the land purchased (discussed below), which was estimated at US$5.5 million. The additional common shares and / or cash issuable has been reflected as part of liabilities related to Santa Fe Springs assets held for sale and a long-term liability under the caption "Santa Fe Springs purchase price payable" at March 31, 2013. Had the stock price been lower than US$0.70 per common share when the shares are issued, the Company would have been required to pay cash for the difference in the form of a promissory note. No shares have been released to Lakeland, or cash paid for the additional common shares and / or cash issuable, as of the date of this filing; however, 4,650,000 shares have been issued during fiscal 2014, together with promissory notes totaling approximately US$2.1 million.  These shares and promissory notes have not been treated as outstanding pending their release to Lakeland. Please see Note 34 for subsequent events relating to the sale of certain land at the Santa Fe Springs facility and the effect of this transaction on the Program Management Agreement, discussed below, and the remaining Santa Fe Springs purchase price payable to Lakeland.

As a condition of the closing of the Lakeland Purchase Agreement, the Company and Lakeland entered into a Program Management Agreement whereby on behalf of Lakeland, the Company would perform certain program management services on the land acquired from Lakeland relating to the remediation of the soil as outlined in a filed Remedial Action Plan ("RAP"). This filed RAP is expected to be approved by the Los Angeles Regional Water Quality Control Board ("RWQCB") during calendar 2014 however, as a result of the excess land sale at Santa Fe Springs, the oversight of the RAP has transferred to the buyer from the Company (Note 34). The term of the Program Management Agreement is five years, and will be deemed satisfied if a "No Further Action" or similar designation is determined by the RWQCB subject to completion of any monitoring obligations. Lakeland expects to fund the Program Management Agreement either by (i) cash from insurance funding; (ii) the holdback of stock to be provided by the Company as part of the overall purchase price; or (iii) cash from the sale of the Company's shares held by Lakeland.

The purchase price of the Santa Fe Springs operations was allocated as follows:

| | |
|---|---:|
| Environmental receivable.............................................................. $ | 5,619,350 |
| Equipment...................................................................................... | 3,034,034 |
| Land............................................................................................... | 13,686,996 |
| Trade and other payables................................................................ | (2,142,520) |
| Environmental liability................................................................... | (5,619,350) |
| Fair value of assets acquired....................................................... $ | 14,578,510 |

Equipment acquired in the above table is amortized over lives of seven to ten years.

Revenues and loss from operations relative to the Santa Fe Springs operations were $3.9 million and $2.8 million for the year ended March 31, 2014, respectively.  The Company assumed management of the Santa Fe Springs operation at the end of April 2012, and in the approximately 11 months of operations to March 31, 2013, recognized revenues of $7.5 million and income from operations of $2.8 million, respectively.

29

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Piedmont Technical Services, Inc.*

During October 2012, the Company acquired certain assets of Piedmont Technical Services, Inc. ("PTEC"). PTEC is an equipment manufacturing company based in Charlotte, North Carolina that specializes in the production, sale and leasing of dissolved air flotation systems, which is unique equipment used for water treatment. PTEC has recently produced key pieces of equipment for the Company's water treatment systems, which are modified by the Company and integrated into the Company's systems. The purchase price for PTEC was $3.0 million and included: (i) $1.5 million in cash; (ii) a non-interest bearing US$0.2 million note payable due in three annual installments, with the first payment made during October 2013; (iii) 1,500,000 common shares, of which 300,000 common shares will be released to PTEC every four months commencing at the end of the third full month after the closing date (the release of these shares is not contingent on any future events and as of March 31, 2014, 1,200,000 of these shares have been released); and (iv) an additional 1,500,000 common shares, issuable on an earn-out based on certain revenue growth and gross profit margin targets over a three year period. If the revenue growth and gross margin targets are not met but are within a specified range, the number of shares issuable will be adjusted downward on a pro-rata basis. As of the acquisition date and the date of these consolidated financial statements, the Company's best estimate of share issuances for the earn-out payments is 50%. Consideration transferred for the PTEC acquisition, which has been accounted for as a business combination, is summarized as follows:

| | |
|---|---:|
| Cash paid at close................................................................... $ | 1,458,530 |
| Note payable, net of discount of $30,789................................................. | 149,211 |
| Common shares issued................................................................ | 900,000 |
| Earn-out common shares.............................................................. | 450,000 |
| Total purchase price................................................................ $ | 2,957,741 |

For purposes of determining the purchase price in the above table, the Company utilized a $0.60 stock price for the Company's common shares that were issued, or are issuable, which correlates to the stock price on the date control was obtained, and a 10.0% discount rate for purposes of imputing interest on the US$0.2 million non-interest bearing note payable (Note 21). As discussed in Note 4, the Company has recognized the fair value of the earn-out as a liability on the consolidated statements of financial position, with changes in fair value reflected in other income or expense. The change in fair value resulted in a $0.1 million expense and a $0.1 million benefit during the years ended March 31, 2014 and 2013, respectively, which related only to changes in the Company's stock price. The fair value of this liability totaled approximately $0.4 million and $0.3 million as of March 31, 2014 and 2013, respectively, and is reflected on the accompanying consolidated statements of financial position under the caption "PTEC earn-out". The purchase price of PTEC was allocated as follows:

| | |
|---|---:|
| Equipment............................................................................. $ | 699,639 |
| Customer contracts and relationships................................................... | 262,240 |
| Other liabilities....................................................................... | (65,000) |
| Fair value of assets acquired.......................................................... | 896,879 |
| Goodwill allocation.................................................................... | 2,060,862 |
| Total................................................................................. $ | 2,957,741 |

Equipment acquired from PTEC is amortized over a seven year life. Customer contracts and relationships are amortized over the remaining life of the underlying contracts, which is less than one year. Goodwill generated from the acquisition of PTEC is expected to be deductible for income tax purposes. Revenues and income from operations relative to PTEC operations were $2.1 million and $0.4 million for the year ended March 31, 2014, respectively. Revenues and loss from operations relative to the PTEC operations from the time of acquisition to March 31, 2013 were $0.9 million and $0.2 million, respectively.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**7. Discontinued Operations and Assets Held for Sale**

*Sale of REI and RGI*

During September 2013, the Company sold substantially all assets and liabilities related to the Company's previous REI and RGI business segments to Ridgeline Canada, Inc. of Calgary Alberta. The sale closed in September 2013 pursuant to an Asset Purchase Agreement that was executed during July 2013, which stipulated that prior to the close and subsequent to July 1, 2013, the purchaser received all benefits and responsibilities of operating the REI and RGI business segments. Accordingly, activity of REI and RGI from July 1, 2013 to the date the sale of REI and RGI closed had no impact on our results of operations. The Company received total consideration of $4.3 million for the sale of REI and RGI, which resulted in a gain of $0.4 million, which is reflected in income from discontinued operations on the accompanying Consolidated Statement of Operations and Comprehensive Loss. Consideration received for the sale of REI and RGI is summarized as follows:

| | | |
|---|---|---:|
| Cash received | $ | 3,388,350 |
| Payment of RDX credit facility by purchasers | | 611,650 |
| Receivable from purchasers | | 297,509 |
| Total consideration | $ | 4,297,509 |

The receivable from purchasers in the above table was due on an installment basis during fiscal 2014, and was paid in full prior to March 31, 2014.

The assets and (liabilities) disposed of are summarized as follows:

| | | |
|---|---|---:|
| Cash | $ | 168,852 |
| Trade and other receivables | | 3,325,151 |
| Accrued revenue | | 903,224 |
| Prepaid expenses and other current assets | | 30,555 |
| Restricted cash | | 78,360 |
| Property, plant and equipment, net | | 3,423,916 |
| Intangible assets | | 7,500 |
| Goodwill | | 575,116 |
| Accounts payable | | (2,665,368) |
| Accrued expenses | | (1,348,586) |
| Credit facility | | (376,445) |
| Promissory note payable | | (150,269) |
| Obligations under finance lease | | (32,192) |
| Asset retirement obligations | | (58,650) |
| Net assets associated with REI and RGI disposal | $ | 3,881,164 |

The promissory note payable in the above table relates to a promissory note payable to a previous member of management who is now employed by the purchasers of REI and RGI following the sale (the "LEL Note Payable"). The non-interest bearing LEL Note Payable was originally issued during September 2009 for up to $0.4 million as partial consideration for the acquisition of LEL and was recognized at fair value on a discounted basis, with fair value based on a risk adjusted discount rate of 10.0%. No payments were made on the LEL note payable during fiscal 2014 to the date the sale of REI and RGI closed and all changes during fiscal 2014 relate to accretion charges. The LEL Note Payable had a principal balance of $0.1 million at March 31, 2013, the majority of which was classified as current. During the year ended March 31, 2013, the Company paid principal of less than $0.1 million, recognized accretion of less than $0.1 million and recognized a decrease to the balance of this note of $0.1 million for a change in the fair value of the LEL Note Payable. The change in fair value related to a reduction in the estimated remaining future payments relative to the LEL Note Payable by approximately $0.1 million at such time.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS(Continued)**

As a result of the above transaction, the previous REI and RGI business segments have been classified as discontinued operations for all periods presented. The Company recognized an impairment of goodwill during the fourth quarter of fiscal 2013 totaling $1.3 million relative to the transaction described above, which was based on the expected amount by which the carrying amount of REI and RGI exceeded the proceeds from sale (Note 15). Information relative to the REI and RGI fiscal 2014 operating results, which are classified as discontinued operations, is summarized as follows and is limited to activity for the three months ended June 30, 2013:

|  | Year Ended March 31, 2014 | | |
|---|---|---|---|
|  | REI | RGI | Total |
| Revenue | $ 2,698,148 | $ 1,118,002 | $ 3,816,150 |
| Cost of revenue | 1,997,070 | 913,483 | 2,910,553 |
| Gross profit | 701,078 | 204,519 | 905,597 |
| Total operating expenses | 245,677 | 164,829 | 410,506 |
| Income from operations | 455,401 | 39,690 | 495,091 |
| Total other income (expense) | (3,809) | 14,816 | 11,007 |
| Net income | $ 451,592 | $ 54,506 | $ 506,098 |

Information relative to the REI and RGI fiscal 2013 operating results, which are also classified as discontinued operations, is summarized as follows:

|  | Year Ended March 31, 2013 | | |
|---|---|---|---|
|  | REI | RGI | Total |
| Revenue | $ 10,865,019 | $ 3,326,080 | $ 14,191,099 |
| Cost of revenue | 8,049,726 | 2,196,156 | 10,245,882 |
| Gross profit | 2,815,293 | 1,129,924 | 3,945,217 |
| Total operating expenses | 1,938,830 | 1,370,311 | 3,309,141 |
| Income (loss) from operations | 876,463 | (240,387) | 636,076 |
| Total other expense | (2,600) | (22,242) | (24,842) |
| Net income (loss) | $ 873,863 | $ (262,629) | $ 611,234 |

Net cash flows attributable to REI and RGI operations for the years ended March 31, 2014 and 2013 are as summarized as follows:

|  | Year Ended March 31, 2014 | | | Year Ended March 31, 2013 | | |
|---|---|---|---|---|---|---|
|  | REI | RGI | Total | REI | RGI | Total |
| Operating activities | $ 1,259,434 | $ 192,923 | $ 1,452,357 | $ 998,822 | $ 372,152 | $ 1,370,974 |
| Investing activities | - | (63,291) | (63,291) | (62,911) | (1,257,316) | (1,320,227) |
| Financing activities | - | (1,849) | (1,849) | - | (2,284) | (2,284) |

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Assets Held for Sale Related to Excess Land Sale at Santa Fe Springs*

As discussed in Note 34, during June 2014, the Company sold approximately 17½ acres of excess land at its Santa Fe Springs facility to an independent third-party. As part of this excess land sale, the buyer will complete remediation of the soil as outlined in a filed RAP, as discussed in Note 6 and Note 34, instead of the Company. Due to the buyer's desire to assume this obligation as opposed to the Company completing this obligation on behalf of Lakeland, the Company, on April 14, 2014, entered into a Settlement Agreement with Lakeland to terminate the Program Management Agreement, assume the obligations for the remediation of the soil on behalf of Lakeland, and then transfer this obligation directly to the buyer of the excess land as described more fully in Note 34. As a condition of the Settlement Agreement, once the Company assumed these obligations on behalf of Lakeland, the Company would no longer be obligated to issue an additional US$5.4 million of common stock as outlined in the original agreement of purchase of sale. The Company also agreed to pay Lakeland US$0.4 million as payment in full for certain remaining operational obligations and to issue Lakeland US$0.5 million of common stock to fund future groundwater remediation and/ or monitoring for off property impacts. This Settlement Agreement became effective upon the closing of the excess land sale discussed above (Note 34).

The Company has classified the assets and liabilities associated with this sale of excess land at Santa Fe Springs and those associated with the Settlement Agreement as held for sale at March 31, 2014. The following is a summary of these assets and liabilities:

**Santa Fe Springs Assets Held for Sale:**

| | |
|---|---:|
| Land | $ 10,845,679 |
| Equipment | 370,344 |
| Environmental receivable from Lakeland | 6,079,150 |
| Santa Fe Springs assets held for sale | $ 17,295,173 |

**Liabilities Related to Santa Fe Springs Assets Held for Sale:**

| | |
|---|---:|
| Environmental remediation liability | $ 5,526,500 |
| Santa Fe Springs purchase price payable | 5,997,831 |
| Other liabilities | 110,530 |
| Liabilities related to Santa Fe Springs assets held for sale | $ 11,634,861 |

In addition to these above assets and liabilities held for sale, the Company paid US$1.2 million related to the land but not transferred to the Seller, out of the escrow proceeds.

The Company does not anticipate recognizing a significant gain or loss upon the sale of the assets held for sale detailed above.

**8. Acquisition of Intellectual Property and Non-Controlling Interests**

On May 3, 2010, REC entered into a partnership agreement with Danzik Water Sciences ("DWS") that resulted in the formation of the ECP, with each party acquiring a 50.0% interest in the ECP. On May 3, 2010, RLE and ECP entered into a management agreement, the terms of which provided for the management, operation and direction of ECP by REC. Effective April 22, 2010, the ECP entered into a System License Agreement with DEJA II, LLC ("DEJA"), a company related to DWS, granting ECP an exclusive and perpetual license to intellectual property for a system designed to remediate waste water for North America relative to the oil and gas industry. The agreement provided for the construction of an initial demonstration waste water treatment unit to commercialize the technology.

On April 4, 2011, the Company, DHS and Mr. Danzik entered into a Purchase Agreement whereby the Company agreed to acquire intellectual property and a non-controlling interest through the acquisition of DHS. DHS is a holding company that holds the worldwide rights to the intellectual property and the remaining 50% interest in the ECP. This acquisition was completed on January 5, 2012 with the issuance of the TSXV final approval. Upon completion, the Company, through its subsidiaries, became the owner of the entire ECP and the intellectual property.

33

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Certain intellectual property (which now forms part of the intellectual property acquired by the Company on January 5, 2012), had been owned by DEJA II and exclusively and irrevocably licensed to the Eau Claire Partnership for development and exploitation of the technology pursuant to the System License Agreement. However, such intellectual property was transferred to DHS prior to its acquisition as part of the acquisition of DHS. Similarly, the 50% partnership interest in the Eau Claire Partnership held by Danzik Applied Sciences ("DAS"), a company owned by Mr. Danzik, was also transferred to DHS prior to the acquisition of the remaining non-controlling interest.

The Company issued 34,581,743 common shares to Mr. Danzik as the sole member of DHS for consideration of $31.5 million. The Company is also obligated to issue up to an additional 12,000,000 common shares to Mr. Danzik pursuant to an earn-out provision (the "DHS earn-out"), and pay a royalty equal to US$0.000625 for each U.S. gallon of water treated or fuel manufactured from the technology.

The $31.5 million of consideration was allocated to the intellectual property and the remaining 50.0% of the ECP based on an estimate of their relative fair values. The acquisition of the remaining 50.0% non-controlling interest in the ECP was allocated a fair value of $14.2 million including direct and incremental costs totaling $0.2 million and was accounted for as a transaction between equity holders. The intellectual property was allocated a fair value of $17.6 million, inclusive of direct and incremental costs totaling $0.2 million relative to the acquisition of these rights and has been recognized as an intangible asset. The contingent consideration of 12,000,000 common shares is directly associated with the manufacture of fuel and energy assets, and future cash flows from these assets, if any. The Company did not assign any value to these assets as at the date of acquisition or March 31, 2014 and 2013. Royalty payments, if any, will be accounted for as operating expenses as they are incurred. To date these royalty payments have been de-minimis. See Note 14, Intangible Assets, for further information relative to the intellectual property intangible acquired.

**9. Segmented Information**

As discussed in Note 2, following the disposal of REI and RGI, the Company re-aligned its reportable segments as follows:

- Energy – Relates to the production of refined fuel at our CWT operations, which were acquired during April 2013 (Note 6). Prior to the acquisition of CWT, the Company managed CWT under the CWT Management Contract, which transitioned the day to day operations of the facility from CWT to the Company during December 2012.

- Water – Relates to waste water and soil treatment services at our Santa Fe Springs operations, which were acquired during March 2013 (Note 6). Prior to the acquisition of Santa Fe Springs, the Company ran the day to day operations of the Santa Fe Springs facility under the Lakeland Management Contract, which transitioned the day to day operations of the facility from Lakeland to the Company during April 2012.

- Equipment Sales and Rentals – Relates to our PTEC operations, which were acquired during October 2012 (Note 6), and other equipment sales, including sales of waste water treatment systems.

- Support Services – Relates to our Scottsdale 82nd Street manufacturing facility and costs incurred to support our other operating segments.

- Management Contracts – Relates to various management contracts entered into by the Company (Note 27).

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

No operating segments have been aggregated to form the above reportable operating segments. Management monitors the operating results of its business units separately for the purpose of making decisions about resource allocation and performance assessment. Segment performance is evaluated based on operating profit or loss and is measured consistently with operating profit or loss in the consolidated financial statements. All revenues from continuing operations for the years ended March 31, 2014 and 2013 were generated in the United States. Segment information is as follows as of and for the years ended March 31, 2014 and 2013:

| | Energy | Water | Equipment Sales and Rental | Support Services | Management Contracts | Total Segments | Corporate | Total |
|---|---|---|---|---|---|---|---|---|
| As of and for the Year Ended March 31, 2014: | | | | | | | | |
| Revenue............................ | $ 15,788,390 | $ 3,857,912 | $ 13,022,558 | $ - | $ 1,017,624 | $ 33,686,484 | $ - | $ 33,686,484 |
| Income (loss) from operations. | (695,992) | (3,429,370) | 3,889,487 | (1,881,279) | (434,015) | (2,551,169) | (8,597,748) | (11,148,917) |
| Total assets......................... | 38,247,277 | 7,315,577 | 29,615,437 | 3,678,260 | 471,601 | 79,328,152 | 17,040,732 | 96,368,884 |
| Total liabilities..................... | 7,328,913 | 4,803,901 | 12,296,414 | 697,663 | 204,357 | 25,331,248 | 25,524,131 | 50,855,379 |
| As of and for the Year Ended March 31, 2013: | | | | | | | | |
| Revenue............................ | 6,759,175 | 7,509,139 | 915,565 | - | 1,187,227 | 16,371,106 | - | 16,371,106 |
| Income (loss) from operations. | 99,306 | (663,801) | (175,446) | (235,570) | 7,062 | (968,449) | (11,872,307) | (12,840,756) |
| Total assets......................... | 3,202,656 | 28,520,263 | 3,620,348 | 6,346,505 | 390,995 | 42,080,767 | 15,892,673 | 57,973,440 |
| Total liabilities..................... | 2,963,624 | 15,002,357 | 697,714 | 2,278,043 | 384,825 | 21,326,563 | 1,120,466 | 22,447,029 |

The above table as of March 31, 2013 excludes REI and RGI total assets of $3.4 million and $4.5 million, respectively, and total liabilities of $1.0 million and $1.8 million, respectively, which are discontinued operations. Included in the loss from operations for Water for the year ended March 31, 2014 is a loss on disposal of certain assets totaling $0.6 million (Note 13). Included in the income from operations for Equipment Sales and Rentals for the year ended March 31, 2014 is an impairment of certain assets totaling $1.5 million (Note 13) and a $1.3 million bad debt charge (Note 10). Included in the loss from operations for Water for the year ended March 31, 2013 is a loss on disposal of equipment totaling $1.9 million (Note 13).

During the three months ended December 31, 2013, the Company sold to a third-party, five separate waste water treatment equipment systems, which included an exclusive license of intellectual property related to these systems used to mine and remediate waste water. These five equipment sales, which approximated $9.6 million, are the initial launch of what the Company anticipates will be franchise sales in the future and are included in the Equipment Sales and Rental segment above. As a primary condition of the license agreement, the Company has the exclusive right to purchase all raw materials mined or collected in conjunction with the licensed services and licensed systems. The Company intends to convert all applicable raw material acquired under the license agreement into renewable fuel for sale into the market. Once the applicable raw materials are converted into fuel, the Company will pay the licensee, an override commission on the value of the raw material as converted into fuel or other value as the Company deems appropriate given market demand. Both the right to be the exclusive purchaser of raw materials and the payment of fuel override commissions will become part of the Company's franchise agreements in the future. The Company received US$2.0 million related to this transaction through March 31, 2014. The sales agreement had a timeline for payment that extended through April 30, 2014 and a timeline for the installation and operation of the waste water treatment equipment systems that extended through September 2014. The buyer experienced delays in securing locations and licenses for four of the five systems acquired and requested the Company to hold the related equipment on its behalf until these matters are resolved. Furthermore, the buyer negotiated an extension of the payment terms with the Company through October 2014. Upon entering into this extension agreement, the Company received US$0.8 million from the buyer toward the outstanding receivable balance.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**10. Trade and Other Receivables**

A substantial portion of the Company's accounts receivable are with customers in, or related to, the waste water and refined fuel industries, and are subject to normal industry credit risk. The Company incurred bad debts of $1.6 million and $0.7 million for the years ended March 31, 2014 and 2013, respectively. The Company recognized a $1.3 million bad debt charge in the fourth quarter of fiscal 2014, which relates to certain receivables for our Equipment Sales and Rental Segment originating from second quarter fiscal 2014 sales. Trade receivables are non-interest bearing and are generally on 30 to 120 day terms with the exception of certain equipment sales made during the second and third quarters of fiscal 2014 in which the Company agreed to longer payment terms which have been extended up to one-year or longer. Trade and other receivables consist of the following at March 31, 2014 and 2013:

| | March 31, | |
| --- | --- | --- |
| | 2014 | 2013 |
| Trade receivables | $ 10,835,849 | $ 7,144,240 |
| Other receivables | - | 1,312,788 |
| Subtotal | 10,835,849 | 8,457,028 |
| Less: Allowance for doubtful accounts | (1,441,572) | (761,586) |
| Trade and other receivables, net | $ 9,394,277 | $ 7,695,442 |

The aging of the Company's trade and other receivables is as follows:

| | March 31, | |
| --- | --- | --- |
| | 2014 | 2013 |
| Current | $ 8,304,471 | $ 2,546,280 |
| 31 to 90 days | 624,582 | 4,214,872 |
| Greater than 90 days | 465,224 | 934,290 |
| Trade and other receivables, net | $ 9,394,277 | $ 7,695,442 |

**11. Inventory**

Inventory consists of the following at March 31, 2014 and 2013:

| | March 31, | |
| --- | --- | --- |
| | 2014 | 2013 |
| Parts inventory | $ 1,602,788 | $ - |
| Refined fuel | 319,951 | 177,083 |
| Renewable identification numbers | 188,304 | 402,023 |
| Water treatment equipment | - | 468,138 |
| Other raw materials | - | 106,890 |
| Total inventory | $ 2,111,043 | $ 1,154,134 |

Parts inventory primarily relates to certain parts that are maintained for use in ongoing operations and is accounted for on the first in first out basis. Refined fuel is generated by the CWT operations, which are discussed further in Note 6, and represent finished goods. RINs are generated in connection with the production of refined fuel and are renewable fuel credits in the United States. Water treatment equipment represents work-in-progress inventory for PTEC.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**12. Restricted Cash**

Restricted cash represents funds held with a financial institution that is the issuer of certain of the Company's corporate credit cards.

**13. Property, Plant and Equipment**

Activity for the cost of the Company's property, plant and equipment consists of the following for the year ended March 31, 2014:

| | April 1, 2013 | Additions | CWT Acquisition | REI and RGI Disposal | Transfers | Santa Fe Springs Assets Held for Sale | Foreign Exchange Effect | March 31, 2014 |
|---|---|---|---|---|---|---|---|---|
| Land | $ 13,655,688 | $ - | $ - | $ - | $ - | $ (10,845,679) | $ 1,200,251 | $ 4,010,260 |
| Building | 377,126 | | 3,105,788 | | | - | 290,898 | 3,773,812 |
| Equipment | 3,690,133 | 427,705 | 23,304,176 | (503,785) | (647,585) | (2,425,953) | 2,214,613 | 26,059,304 |
| Vehicles | 112,949 | 23,237 | 29,393 | (63,523) | - | - | 6,826 | 108,882 |
| Leasehold improvements | 802,838 | 23,552 | 150,334 | (108,833) | - | (706,003) | 73,518 | 235,406 |
| Computer hardware | 317,135 | - | 23,882 | (152,366) | (46,389) | - | 13,196 | 155,458 |
| Computer software | 227,822 | 200,340 | 2,654 | - | (19,837) | - | 23,981 | 434,960 |
| Landfill related | 2,283,560 | 63,291 | - | (3,015,088) | 668,237 | - | - | - |
| Water remediation units | 4,017,039 | 151,856 | - | - | 680,547 | - | 87,207 | 4,936,649 |
| Equipment under construction | 3,757,172 | 5,601,740 | - | (192,742) | (6,538,016) | - | 273,719 | 2,901,873 |
| Total cost | $ 29,241,462 | $ 6,491,721 | $ 26,616,227 | $ (4,036,337) | $ (5,903,043) | $ (13,977,635) | $ 4,184,209 | $42,616,604 |

Activity for accumulated amortization of the Company's property, plant and equipment consists of the following for the year ended March 31, 2014:

| | April 1, 2013 | Amortization | REI and RGI Disposal | Transfers | Santa Fe Springs Assets Held for Sale | Foreign Exchange Effect | March 31, 2014 |
|---|---|---|---|---|---|---|---|
| Building | $ 7,057 | $ 272,678 | $ - | $ - | $ - | $ 13,711 | $ 293,446 |
| Equipment | 554,100 | 2,979,602 | (222,696) | (359,927) | (333,665) | 145,010 | 2,762,424 |
| Vehicles | 30,315 | 22,107 | (25,614) | - | - | 1,740 | 28,548 |
| Leasehold improvements | 60,906 | 125,953 | (59,460) | - | (100,803) | 6,113 | 32,709 |
| Computer hardware | 147,406 | 77,808 | (97,404) | (36,187) | - | 4,533 | 96,156 |
| Computer software | 22,880 | 121,042 | - | (7,474) | - | 4,787 | 141,235 |
| Landfill related | 170,100 | 37,147 | (207,247) | - | - | - | - |
| Water remediation units | 700,632 | 830,774 | - | (47,110) | - | 8,790 | 1,493,086 |
| Total accumulated amortization | $ 1,693,396 | $ 4,467,111 | $ (612,421) | $ (450,698) | $ (434,468) | $ 184,684 | $ 4,847,604 |

37

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Activity for the cost of the Company's property, plant and equipment consists of the following for the year ended March 31, 2013:

| | April 1, 2012 | Additions and Acquisitions | Transfers | Disposals | Foreign Exchange Effect | March 31, 2013 |
|---|---|---|---|---|---|---|
| Land | $ - | $ 13,694,436 | $ - | $ - | $ (38,748) | $ 13,655,688 |
| Building | - | 371,187 | - | - | 5,939 | 377,126 |
| Equipment | 799,816 | 2,919,012 | - | (22,875) | (5,820) | 3,690,133 |
| Vehicles | 59,928 | 52,243 | - | - | 778 | 112,949 |
| Leasehold improvements | 108,833 | 696,937 | - | - | (2,932) | 802,838 |
| Computer hardware | 176,669 | 138,469 | - | - | 1,997 | 317,135 |
| Computer software | 5,164 | 224,547 | - | (5,164) | 3,275 | 227,822 |
| Landfill related | 1,837,715 | 445,845 | - | - | - | 2,283,560 |
| Water remediation units | 2,853,883 | 764,639 | 3,240,166 | (2,853,883) | 12,234 | 4,017,039 |
| Equipment under construction | 3,257,491 | 3,694,284 | (3,240,166) | - | 45,563 | 3,757,172 |
| Total cost | $ 9,099,499 | $ 23,001,599 | $ - | $ (2,881,922) | $ 22,286 | $ 29,241,462 |

Activity for accumulated amortization of the Company's property, plant and equipment consists of the following for the year ended March 31, 2013:

| | April 1, 2012 | Amortization | Transfers | Disposals | Foreign Exchange Effect | March 31, 2013 |
|---|---|---|---|---|---|---|
| Building | $ - | $ 6,946 | $ - | $ - | $ 111 | $ 7,057 |
| Equipment | 460,039 | 116,313 | - | (22,875) | 623 | 554,100 |
| Vehicles | 12,137 | 18,041 | - | - | 137 | 30,315 |
| Leasehold improvements | 44,643 | 16,179 | - | - | 84 | 60,906 |
| Computer hardware | 102,831 | 44,222 | - | - | 353 | 147,406 |
| Computer software | 5,164 | 22,554 | - | (5,164) | 326 | 22,880 |
| Landfill related | 55,440 | 114,660 | - | - | - | 170,100 |
| Water remediation units | 380,517 | 1,270,580 | - | (951,294) | 829 | 700,632 |
| Total accumulated amortization | $ 1,060,771 | $ 1,609,495 | $ - | $ (979,333) | $ 2,463 | $ 1,693,396 |

Net transfers in the above tables relate to equipment that was transferred to inventory and sold during the period presented. The purchases and sales of this equipment are reflected as operating activities on the Company's Consolidated Statement of Cash Flows.

The Company recognized a loss on disposal of certain assets totaling approximately $0.6 million and an impairment of certain assets totaling approximately $1.5 million for the year ended March 31, 2014, which primarily relates to certain storage tanks that were required to be dismantled as part of the excess land sale at Santa Fe Springs in June 2014, which is described further in Notes 7 and 34. Property, plant and equipment associated with this excess land sale is presented as held for sale at March 31, 2014 and is discussed further in Notes 7 and 34. The Company recognized a loss on disposal of certain assets totaling approximately $1.9 million for the year ended March 31, 2013, which primarily relates to a water remediation unit installation that was de-recognized because no further benefits were expected to flow to the Company from its use, and accordingly this unit was dismantled.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Net book value of the Company's property, plant and equipment were as follows at March 31, 2014 and 2013:

|  | March 31, | |
|---|---|---|
|  | 2014 | 2013 |
| Land | $ 4,010,260 | $ 13,655,688 |
| Building | 3,480,366 | 370,069 |
| Equipment | 23,296,880 | 3,136,033 |
| Vehicles | 80,334 | 82,634 |
| Leasehold improvements | 202,697 | 741,932 |
| Computer hardware | 59,302 | 169,729 |
| Computer software | 293,725 | 204,942 |
| Landfill related | - | 2,113,460 |
| Water remediation units | 3,443,563 | 3,316,407 |
| Equipment under construction | 2,901,873 | 3,757,172 |
| Total | $ 37,769,000 | $ 27,548,066 |

Amortization expense for property, plant and equipment was approximately $4.5 million and $1.6 million for the years ended March 31, 2014 and 2013, respectively. Of the total amortization amounts for fiscal 2014 and 2013, approximately $4.3 million and $1.3 million relates to amortization that has been included in cost of sales.

The carrying value of equipment held under finance leases was approximately $0.3 million and $0.4 million at March 31, 2014 and 2013, respectively.

**14. Intangible Assets**

Intangible assets consist of intellectual property acquired during January 2012, development costs incurred relative to our Water and Energy segment products, trademarks and trade names relative to the CWT acquisition that was completed during April 2013 (Note 6) and, as of March 31, 2013, a non-competition agreement relative to our previous RGI segment, which was disposed in September 2013 (Note 7). Intangible assets are summarized as follows:

|  | March 31, | |
|---|---|---|
|  | 2014 | 2013 |
| Intellectual property | $ 17,626,915 | $ 17,626,915 |
| Development costs | 4,671,132 | 4,331,282 |
| Trademarks and trade names | 331,590 | - |
| Non-competition agreement | – | 50,000 |
| Subtotal | 22,629,637 | 22,008,197 |
| Accumulated amortization | (6,956,971) | (3,604,190) |
| Intangible assets, net | $ 15,672,666 | $ 18,404,007 |

The Company capitalized $0.2 million and $2.5 million of development costs during the years ended March 31, 2014 and 2013, respectively, relative to certain development projects. For the year ended March 31, 2014, all $0.2 million of these costs relate to internal development costs. For the year ended March 31, 2013, $0.9 million of these costs relate to costs incurred under the DAS Development and Supply Agreement (Note 27) and $1.6 million relates to internal development costs.

### RDX TECHNOLOGIES CORPORATION
### (FORMERLY RIDGELINE ENERGY SERVICES INC.)
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

Amortization expense for intellectual property was $1.8 million for the years ended March 31, 2014 and 2013. Amortization expense for development costs was $1.5 million and $1.1 million for the years ended March 31, 2014 and 2013, respectively. Amortization expense for trademarks and trade names was less than $0.1 million and nil for the years ended March 31, 2014 and 2013, respectively. Amortization expense for the non-competition agreement was less than $0.1 million for the years ended March 31, 2014 and 2013. The Company capitalized approximately $0.3 million of customer relationships as part of the acquisition of PTEC, all of which was amortized during the year ended March 31, 2013 (Note 6). At March 31, 2014, the approximate remaining amortization periods for intellectual property, development costs and trademarks and trade names were seven years, three years and five years, respectively.

As discussed in Note 15, the Company tested for impairment of goodwill on an interim basis at September 30, 2013. In connection with this test, the Company also tested for impairment of intangible assets using similar cash flows and other assumptions for the test. The Company concluded that no impairment of intangible assets was present at September 30, 2013 as a result of this test.

The Company did not test for impairment of other intangible assets during fiscal 2014 other than the September 30, 2013 test discussed above. The Company will conduct tests if indicators of impairment exist; however, the Company did not find any indicators of impairment which would have led management to conclude that other impairment tests were necessary during the year ended March 31, 2014. Factors that assisted management to reach this conclusion included the Company's improving market capitalization from September 30, 2013 to March 31, 2014, as compared to prior periods where the Company's market capitalization was declining, and reviews of the carrying amount of cash generating units that continued to exceed its recoverable amount based upon updated cash flow assumptions prepared by management.

## 15. Goodwill

*Overview*

Goodwill resulting from business combinations has been allocated to cash-generating units, which are also operating and reportable segments. Activity relative to changes in goodwill for the years ended March 31, 2014 and 2013 is summarized as follows:

| | Equipment Sales and Rentals | Energy | Previous REI | Previous RGI | Total |
|---|---|---|---|---|---|
| Balance, March 31, 2012................... $ | - | $ - | $ 1,198,881 | $ 633,321 | $ 1,832,202 |
| Acquisition of PTEC (Note 6)............ | 2,060,862 | - | | | 2,060,862 |
| Impairment of REI and RGI (Note 15)... | - | - | (817,086) | (440,000) | (1,257,086) |
| Effect of exchange rate changes......... | 32,974 | - | - | - | 32,974 |
| Balance, March 31, 2013................... | 2,093,836 | - | 381,795 | 193,321 | 2,668,952 |
| Acquisition of CWT (Note 6)............ | - | 5,977,854 | - | - | 5,977,854 |
| Sale of REI and RGI (Note 7)............ | - | - | (381,795) | (193,321) | (575,116) |
| Effect of exchange rate changes......... | 184,035 | 481,430 | - | - | 665,465 |
| Balance, March 31, 2014................... $ | 2,277,871 | $ 6,459,284 | $ - | $ - | $ 8,737,155 |

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The Company tests for goodwill impairment annually on March 31, or on an interim basis if there are indicators of possible impairment. Where the carrying amount of a cash generating unit exceeds its recoverable amount, an impairment loss is recognized. The Company considers the relationship between its market capitalization and the book value of its equity, among other factors, when reviewing for indicators of impairment. During the second quarter of fiscal 2014, our market capitalization declined from that of previous periods. We considered this decline to be an indicator of possible impairment of goodwill. As a result of this indicator, as of September 30, 2013, we performed an interim goodwill impairment test. There were no changes to our goodwill balances from the September 30, 2013 interim goodwill impairment test to March 31, 2014 or the date of this filing (other than changes for foreign currency fluctuations), and the Company's market capitalization increased as a result of overall improvements to the Company's stock price during such periods; accordingly, the Company did not conduct any additional interim impairment tests of goodwill to March 31, 2014, at which time the Company conducted its annual impairment test. Please see the "Interim Goodwill Impairment Test" section below for additional discussion of the interim September 30, 2013 goodwill impairment test. At March 31, 2014 and 2013, the Company's market capitalization exceeded the book value of the Company's equity.

Fair value for the REI and RGI goodwill impairment tests at March 31, 2013 was based on the sale amount contemplated for the sale of the assets and liabilities of REI and RGI at such time, which is discussed more fully in Note 7. The sale amount contemplated for REI and RGI at such time resulted in an impairment charge of $1.3 million, which was recognized at March 31, 2013. Fair value for all other tests, including the September 2013 interim test, has been determined based on cash flow projections from financial budgets approved by senior management covering a four-year period. The pre-tax discount rate applied to cash flow projections was 10.0% for the fiscal 2014 and 2013 tests, and cash flows for the terminal period were extrapolated using an approximately 2.0% growth rate, which management believes is consistent with inflationary expectations. As a result of this analysis, management did not identify any impairment for goodwill at March 31, 2014, September 30, 2013 and March 31, 2013, other than the impairment of REI and RGI at March 31, 2013 described above.

***Interim Goodwill Impairment Test***

In preparing our interim test for impairment at September 30, 2013, we noted that our book value of equity exceeded our market capitalization at such time. The Company believed the primary reconciling differences between this discrepancy related to qualitative factors that had externally influenced our market capitalization including, but not limited to:

- The fact that, to a significant extent, our shares are held by insiders and affiliates, reducing market liquidity.
- The fact that generally we are a thinly traded penny stock listed on the TSX Venture Exchange, which makes our stock susceptible to significant swings in market pricing based on a limited volume of trading.
- We believe several of our larger shareholders, due to circumstances unrelated to us, were liquidating their positions putting pressure on the market price of our shares.
- A recent increase in legal activity against the Company (please see Note 27 for additional information).
- The divestiture of our Canadian operations (REI and RGI) during September 2013, whose business was to provide services to the oil and gas industry. REI and RGI were the Company's legacy lines of business.

In addition, we believed the downward pressure on our common stock had also resulted from the dramatic change in the Company's core operations, strategy, senior management, board of directors, domicile and market.

We will continue to monitor market trends in our business, the related expected cash flows and our calculation of market capitalization for purposes of identifying possible indicators of impairment. Should our book value per share exceed our market price per share in the future, or we have other indicators of impairment, as previously discussed, we may be required to perform additional interim goodwill impairment analyses, which may lead to the recognition of a goodwill impairment. Additionally, we may then be required to review our remaining long-lived assets for potential impairment.

Future events, including but not limited to continued declines in economic activity, loss of contracts or a significant number of customers and / or a rapid increase in costs or capital expenditures, could cause us to conclude that impairment indicators exist and that goodwill associated with the reporting units is impaired. Any resulting impairment loss could have a material adverse impact on our financial condition and results of operations.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Key Assumptions*

The calculations of fair value for purposes of goodwill impairment testing are most sensitive to the following assumptions:

- *Gross margin* – Gross margins are based on average values achieved in recent periods, which are reflected in the Company's budget. The Company believes gross margins will be relatively consistent in the future and accordingly, no changes have been reflected in cash flows over the projected periods.

- *Discount rates* – Discount rates represent the current market assessment of the risks specific to each cash-generating unit, regarding the time value of money and individual risks of the underlying assets that have not been incorporated into the cash flow estimates. The discount rate calculation is based on the specific circumstances of the Company and its operating segments and is derived from the weighted average cost of capital ("WACC") of relevant market participants. The WACC takes into account both debt and equity.

- *Growth rate estimates* – Rates are based on expectations by management considering the industry and locations in which the Company operates.

There is a material degree of uncertainty with respect to the estimates of recoverable amounts of cash generating units' net assets given that these estimates involve making key assumptions about the future. In making such assumptions, management has used its best estimate of future economic and market conditions. Significant adverse changes to these assumptions may result in a future impairment. The calculations for purposes of the goodwill impairment testing described herein are not based on observable market data and as such, these assets would fall within the Level 3 fair value hierarchy.

*Sensitivity to Changes in Assumptions*

Management believes that changes to key assumptions underlying management's projections would not cause the carrying value of any unit to materially exceed its recoverable amount. Sensitivity testing was conducted for all goodwill impairment tests and includes assessing the impact that declines in growth rates and increases in the discount rate would have on the recoverable amount of the cash generating units, with other assumptions being held constant.

**16. Income Tax**

Income tax expense differs from the amount that would be computed by applying the Canadian statutory income tax rate for the years ended March 31, 2014 and 2013 of 26% and 25%, respectively to income before income taxes. The reasons for the differences are as follows:

| | Year Ended March 31, | |
| --- | --- | --- |
| | **2014** | **2013** |
| Loss before tax | $ (13,898,462) | $ (12,594,992) |
| Statutory rate | 26.00% | 25.00% |
| Expected income tax | (3,613,600) | (3,148,748) |
| Differences to statutory rate: | | |
| Non-deductible expenses | 73,019 | 706,551 |
| Differences between Canadian and foreign tax rates | (1,157,983) | (176,672) |
| Reversal of deferred tax assets previously recognized | 1,440,012 | 232,644 |
| Effect of change in tax rates | (76,233) | - |
| Unused tax losses and tax offsets not recognized | 3,563,593 | 2,390,707 |
| Total income tax | 228,808 | 4,482 |
| Represented by: | | |
| Current income tax | - | (228,162) |
| Future income tax | 228,808 | 232,644 |
| Total income tax | $ 228,808 | $ 4,482 |

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The Canadian Federal corporate tax rate remained unchanged at 15% throughout 2013, and the British Columbia provincial tax rate increased from 10% to 11% effective April 1, 2013. The overall increase in tax rates has resulted in an increase in the Company's statutory tax rate from 25.00% to 26.00%.

The tax effected items that give rise to significant portions of the deferred income tax assets and deferred income tax liabilities at March 31, 2014 and 2013 are presented below:

| | March 31, | |
|---|---|---|
| | 2014 | 2013 |
| Non-capital losses | $ 315,670 | $ 933,785 |
| Other | 219,700 | 94,127 |
| Total deferred income tax assets | 535,370 | 1,027,912 |
| Intangibles and other | (450,088) | (442,608) |
| Property, plant and equipment | (323,222) | (585,304) |
| Total deferred income tax liabilities | (773,310) | (1,027,912) |
| Net deferred tax liabilities | $ (237,940) | $ - |

The Company recognizes tax benefits on losses or other deductible amounts generated in countries where the probable criteria for the recognition of deferred tax assets has been met. The Company's unrecognized deductible temporary differences and unused tax losses for which no deferred tax asset is recognized consist of the following amounts:

The Company's unrecognized taxable temporary difference consists of the following amounts:

| | March 31, | |
|---|---|---|
| | 2014 | 2013 |
| Non-capital losses | $ 19,039,584 | $ 4,919,256 |
| Scientific research and experimental development | 678,938 | 678,938 |
| Share issue cost | 431,896 | 1,537,072 |
| Other | 35,227 | 349,903 |

At March 31, 2014 and 2013, the Company has available non-capital losses for income tax purposes in Canada totaling approximately $7.7 million and $6.8 million, respectively, which expire between 2031 and 2033, and net operating losses in the United States of $11.0 million and $1.3 million, respectively, which also expire between 2031 to 2033.

**17. Loan Receivable**

During May 2010, RLE advanced a loan of $0.1 million to a related party as part of the organization of the ECP. This loan and associated accumulated interest, totaling $0.2 million, was reclassified to accumulated deficit during the year ended March 31, 2013, as it was determined at such time that although the loan was not specifically addressed in the documents governing the January 5, 2012 acquisition of intellectual property and non-controlling interests (Note 8), the loan was directly related to such transaction. This loan bore interest at a rate of 12.0% per annum and under its original terms and was due in May 2015.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**18. Other Assets**

Other assets at March 31, 2014 consist of deposits of approximately $0.1 million for various facility leases and utilities, $0.7 million of acquisition deposits to M2R (Note 27) and $0.3 million of acquisition deposits to Kerr Energy. Other assets at March 31, 2013 consist of an approximately $5.6 million environmental receivable from Lakeland for a Program Management Agreement related to our Santa Fe Springs facility, which was executed as a condition of the Lakeland Purchase Agreement whereby on behalf of Lakeland, the Company would perform certain program management services on land acquired from Lakeland (Note 6), and approximately $0.1 million for various facility leases and utilities. The environmental receivable from Lakeland has been classified as an asset held for sale at March 31, 2014 as a result of the sale of excess land at Santa Fe Springs (Note 34).

**19. Accrued Liabilities**

Accrued expenses are summarized as follows:

| | March 31, | |
| --- | --- | --- |
| | 2014 | 2013 |
| Deferred fuel tax credits received | $ 3,175,967 | $ - |
| Santa Fe Springs assumed taxes, liens and other | 1,928,246 | 1,901,967 |
| Interest payable | 1,225,479 | 6,475 |
| Accrued disposal costs | 690,259 | 1,087,718 |
| Accrued payroll and related taxes and benefits | 607,601 | 592,241 |
| Deferred revenue | 494,751 | 335,427 |
| CWT inventory accrual | 165,795 | 1,097,589 |
| Accrued payables | 99,152 | 654,218 |
| Straight-line rent liability | 83,058 | 98,424 |
| Santa Fe Springs purchase price payable | - | 497,074 |
| Other accrued expenses | 405,721 | 52,426 |
| Total accrued expenses | $ 8,876,029 | $ 6,323,559 |

Deferred fuel tax credits received in the above table relate to tax credits the Company has received for fuel sold during 2012 by CWT. These fuel tax credits are, by the terms of the CWT Agreement, due to the Sellers of CWT. The Company has been discussing this payable with the Sellers and as of the date of this filing, no conclusions to these discussions have been reached (Note 6).

**20. Credit Facility**

At March 31, 2013 and to the date of the disposition of REI and RGI on September 4, 2013 (Note 7), the Company had availability under an operating line of credit with a Canadian financial institution to a maximum of $1.0 million, depending on certain levels of the Company's accounts receivable, which bears interest at the bank's prime lending rate plus 3.25%. A balance of $1.0 million and nil was outstanding at the time of the close of the sale of REI and RGI and March 31, 2013, respectively. The line of credit was settled upon the close of the sale of REI and RGI. Following the disposition of REI and RGI, the line of credit is no longer available to the Company. The Company is exploring other operating lines of credit opportunities to replace the line of credit discussed above.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**21. Notes Payable**

*CWT Notes Payable*

The Company issued two separate promissory notes totaling US$20.0 million as partial consideration for the April 2013 acquisition of CWT (Note 6). The promissory notes have a term of five years, bear interest at a rate of 6.0% per annum for the first 30 months and 8.0% for the remaining 30 months, or an effective interest rate of 6.6%. The promissory notes are payable on a monthly basis in arrears on the first day of every calendar month commencing on May 1, 2013 until the unpaid principal and all other amounts owed under these notes are paid in full. The notes are interest-only for the first nine months, then become fully amortizing for the next fifty-one months with a maturity date of April 1, 2018. The promissory notes will be collateralized by a security interest in all of the assets of CWT after an existing outstanding indebtedness from CWT to GEM Holdco is paid in full.

During August 2013, one of the two promissory note holders, RRC, authorized a deferral on the payment of interest on their CWT promissory note through September 30, 2013. This deferral authorization was subsequently extended to March 31, 2014. RRC has not indicated whether or not additional deferrals will be granted to CWT and as of the date of this filing, no deferral confirmations, nor formal notice of default on this promissory note has been received from RRC. Additionally, due to ongoing litigation, the Company has also not made payments on the second of the two promissory notes, due GEM Holdco, LLC. The Company has not received any formal notice of default from GEM Holdco, LLC. As a result of this lack of continued deferral confirmation from RRC and non-payment to GEM Holdco, LLC due to ongoing litigation, the Company has classified the entire promissory notes as a current liability on the Consolidated Statement of Financial Position. The Company plans on disputing the validity of these notes payable and the entire CWT transaction as a whole, as in addition to the fuel quality and technology path concerns as discussed in Note 6, the Company believes that all closing conditions have not been satisfied.

We incurred a $1.7 million charge for the year ended March 31, 2014 relative to changes in foreign currency rates on the CWT notes payable, which were issued by our Canadian parent entity and are denominated in U.S. dollars. Accordingly, these notes are translated to Canadian dollars at each reporting date.

*GEM Holdco Note Payable*

The Company assumed a senior secured promissory note payable in the amount of US$0.8 million in connection with the acquisition of CWT (Note 6). This note payable, which is payable to GEM Holdco, was originated on December 21, 2012, bears interest at a rate of 12.0%, payable annually, with the first interest payment due December 21, 2013. Due to ongoing litigation involving GEM Holdco, the Company has not made any payments under this note to date. This note payable matures on December 21, 2014 and may be prepaid at any time. As discussed in Note 27, GEM Holdco has initiated litigation against the Company in connection with the acquisition of CWT by the Company. CWT granted GEM Holdco a first priority security interest in and to certain collateral, including (i) all tangible and intangible assets of CWT, including, without limitation, collectively the accounts, chattel paper, deposit accounts, documents, equipment, fixtures, general intangibles, instruments, intellectual property, inventory, investment property, and (ii) proceeds of each of them. Changing World Technologies, Inc. and CWT II Canada Limited Partnership have provided a guarantee relative to the GEM Holdco Note Payable.

*Santa Fe Springs Note Payable*

The Company issued a US$0.4 million promissory note payable as partial consideration for the March 2013 acquisition of certain assets and land from Lakeland (Note 6). The promissory note had a balloon feature. All outstanding principal and interest was due in one lump sum on January 15, 2015. The promissory note bore simple interest at 5% and may be prepaid at any time without penalty or premium. The promissory note was collateralized by a Deed of Trust, Assignment of Leases and Rents on the real property acquired from Lakeland. This promissory note was subsequently paid in full as part of the excess land sale at Santa Fe Springs as further discussed in Note 34.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*PTEC Note Payable*

During October 2012, the Company issued an unsecured three year US$0.2 million non-interest bearing promissory note payable as partial consideration for the acquisition of PTEC (Note 6). The non-interest bearing promissory note is payable to PTEC, which is owned by a member of management of the Company, and is payable in three equal annual installments, with the first payment made during October 2013. The Company recognized a discount of less than US$0.1 million as of the acquisition date, which is based on a discount rate of 10%. The carrying value of the PTEC note payable is summarized as follows:

|  | March 31, | |
| --- | ---: | ---: |
|  | 2014 | 2013 |
| Current portion.......................................................................... $ | 63,303 | $ 58,188 |
| Long-term portion....................................................................... | 57,549 | 100,989 |
| Total....................................................................................... $ | 120,852 | $ 159,177 |

*Danzik Note Payable*

During the fourth quarter of fiscal 2013, the Company received a total of US$0.7 million from Dennis M. Danzik, the Company's Chief Executive Officer, and in return issued a note payable that bears interest at a rate of 6.0% per annum and is due on July 31, 2015, including accrued interest. To March 31, 2014, US$36,500 of interest has been recognized relative to this note payable. The Company repaid US$0.2 million of this note during August 2013 and US$0.1 million during November 2013. During March, 2014, Mr. Danzik advanced an additional US$0.5 million to the Company under a separate note payable with similar terms to those discussed above, and subsequent to March 31, 2014 to the date of this filing, the Company repaid approximately US$0.4 million of these aggregate advances. As of March 31, 2014 there is US$0.9 million due Mr. Danzik under these notes payable, all of which is classified as long-term on the Consolidated Statement of Financial Position.

*Future Maturities*

Principal repayment terms for the Company's notes payable at March 31, 2014 are as follows:

| | |
| --- | ---: |
| Due within one year............................................................. $ | 23,504,751 |
| Due after one year but within five years ................................................. | 1,011,348 |
| Total....................................................................................... $ | 24,516,099 |

**22. Obligations Under Finance Lease**

The Company's obligations under a finance lease for continuing operations consist of a lease agreement for a manufacturing facility in Deaver, Wyoming, which was entered into during July 2012. This facility includes approximately seven acres and five buildings, and totals approximately 65,500 square feet. The lease began on July 1, 2012 for US$5,500 per month, with escalations to US$8,850 per month over the lease term, which ends in July 2017. On July 1, 2017, provided that the Company has made all scheduled payments under the terms of this lease, the Company will have the option to purchase the leased premises for US$0.1 million. This purchase option is subject to current title restrictions that may preclude the lessor from conveying title to the Company. In the event the Company fails to exercise the option to purchase, or the lessor is unable to transfer title to the Company, this lease may be extended, subject to terms and conditions acceptable to both parties. Under the terms of this lease, the lessor will take all reasonable measures to secure title to the premises so as to allow transfer of title to the Company. In the event the Company elects not to purchase the property, the Company will be responsible for the demolition and removal of all buildings as required by the lessor. The Company was obligated, and provided the lessor, a bond in the amount of US$0.6 million as surety for the demolished building and removal of materials. This demolition and material removal shall occur within six months of the termination of this lease.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Principal repayment terms for the Company's obligations under finance leases as of March 31, 2014 are as follows:

| | | |
|---|---|---|
| Due within one year........................................................................ | $ | 96,755 |
| Due after one year but within five years................................................. | | 219,335 |
| Total........................................................................................ | $ | 316,090 |

**23. Share Capital**

The Company has an unlimited number of no par value common voting shares and preferred shares authorized for issuance. No preferred shares are issued or outstanding at March 31, 2014 or 2013. Activity relative to the Company's issued and outstanding common shares is as follows for the years ended March 31, 2014 and 2013:

| | Shares | Amount |
|---|---|---|
| Balances, March 31, 2012...................................................... | 110,404,675 | $ 50,323,292 |
| June 2012 sale of common stock (i)............................................. | 16,428,900 | 10,324,687 |
| March 2013 sale of common stock (ii).......................................... | 6,000,000 | 1,601,087 |
| Acquisition of PTEC............................................................. | 1,500,000 | 900,000 |
| Acquisition of Santa Fe Springs................................................ | 4,040,565 | 1,737,443 |
| Warrants exercised (iii)......................................................... | 4,512,100 | 1,326,064 |
| Stock options exercised (v)..................................................... | 194,750 | 46,820 |
| Expiration of warrants (iv)..................................................... | - | 473,407 |
| Balances, March 31, 2013...................................................... | 143,080,990 | 66,732,800 |
| Stock options exercised (v)..................................................... | 395,000 | 120,812 |
| Expiration of warrants (iv)..................................................... | - | 975,594 |
| Retirement of treasury stock (Note 26)......................................... | (621,000) | (198,699) |
| Acquisition of CWT (Note 6).................................................. | 25,862,069 | 12,155,172 |
| Balances, March 31, 2014...................................................... | 168,717,059 | $ 79,785,679 |

(i) During June 2012, the Company completed a bought deal financing conducted by way of a short form prospectus offering. The Company, through a syndicate of underwriters led by Mackie Research Capital Corporation and including Industrial Alliance Securities Inc., issued 16,428,900 common shares of the Company at a price of $0.70 per common share for aggregate gross proceeds of $11.5 million. The Company paid a cash commission to the underwriters equal to 7.0% of the aggregate gross proceeds plus certain expenses. Total expenses of this offering were approximately $1.2 million. The Company also issued 1,150,023 two-year warrants exercisable at $0.70 per common share to the underwriters.

(ii) Effective March 14, 2013, a private placement of units comprising 6,000,000 common shares and 6,000,000 warrants was completed at a price of $0.47 per unit for gross proceeds of $2.8 million with share issue costs of $0.1 million. The warrants are exercisable over a period of five years with an exercise price of $0.59. The proceeds were allocated between the common shares and warrants on a pro-rata basis. A value of $0.28 per share was assigned to the common shares and a value of $0.19 per warrant was assigned to the warrants in the pro-rata calculation. The value of the warrants was determined using the Black-Scholes model with a volatility of 110% and a risk free rate of 1.4%.

(iii) During the year ended March 31, 2013, 4,512,100 warrants were exercised for proceeds of $1.0 million and $0.3 million was reclassified from warrants to share capital.

(iv) During the year ended March 31, 2014, 6,709,863 warrants expired unexercised and $1.0 million was reclassified from warrants to share capital. During the year ended March 31, 2013, 2,307,500 warrants expired unexercised and $0.5 million was reclassified from warrants to share capital.

(v) During the year ended March 31, 2014, 395,000 stock options were exercised for proceeds of $0.1 million and $0.1 million of related previously recognized stock-based compensation expense was reclassified from contributed surplus to

47

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

share capital. During the year ended March 31, 2013, 194,750 stock options were exercised for proceeds of less than $0.1 million and less than $0.1 million of related previously recognized stock-based compensation expense was reclassified from contributed surplus to share capital.

**24. Warrants**

Activity relative to the Company's outstanding common stock purchase warrants is as follows for the years ended March 31, 2014 and 2013:

| | Number of Warrants | | Amount |
|---|---|---|---|
| Balances, March 31, 2012.................................................................... | 15,703,263 | $ | 1,794,102 |
| June 2012 sale of common stock (i)........................................................ | 1,150,023 | | - |
| March 2013 sale of common stock (ii)..................................................... | 6,000,000 | | 1,121,504 |
| Warrants exercised (iii)......................................................................... | (4,512,100) | | (279,405) |
| Warrants issued.................................................................................... | 1,200 | | - |
| Expiration of warrants (iv).................................................................... | (2,307,500) | | (473,407) |
| Balances, March 31, 2013.................................................................... | 16,034,886 | | 2,162,794 |
| Expiration of warrants (iv).................................................................... | (6,709,863) | | (975,594) |
| Acquisition of CWT............................................................................. | 4,100,000 | | 1,356,629 |
| Balances, March 31, 2014.................................................................... | 13,425,023 | $ | 2,543,829 |

(i) to (iv) see references to (i) to (iv) in Note 23.

The following is a summary of warrants outstanding at March 31, 2014:

| Expiry Date | Exercise Price | Number of Warrants |
|---|---|---|
| June 13, 2014............................ | 0.70 | 1,150,023 |
| June 15, 2014............................ | 0.25 | 1,675,000 |
| September 18, 2014..................... | 0.15 | 500,000 |
| March 14, 2018.......................... | 0.59 | 6,000,000 |
| April 15, 2018........................... | 1.00 | 4,100,000 |
| Total outstanding............................................. | | 13,425,023 |

All unexercised warrants with an expiration date of June 2014 in the above table expired in June 2014, with the exception of those discussed in Note 34.

**25. Contributed Surplus and Share-based Payments**

During February 2012, the Company's shareholders approved the 2012 Share Award Plan (the "2012 Plan"). Under the 2012 Plan, the Company may grant certain equity incentive awards including stock options, stock appreciation rights and other stock-based awards. The 2012 Plan does impose restrictions on the vesting and total term of options and stock appreciation rights granted from such plan.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

During February 2012, the Company's shareholders also approved an Employee Share Purchase Plan ("ESPP"). Under the ESPP, the Company will remit payroll deductions to an administrator on a monthly basis with a matching contribution from the Company equal to 50.0% of the employee's contribution to a maximum of $250.00 per employee per month. Employees may contribute up to 10.0% of their respective salaries to a maximum of $500.00 per month. The administrator will purchase common shares of the Company from the open market based on prevailing market prices and subject to availability. A total of less than 0.1 million common shares were purchased under the ESPP during each of the years ended March 31, 2014 and 2013 for an aggregate cost of less than $0.1 million.

If, and so long as, the Company's common shares are listed on the TSXV, the aggregate maximum number of common shares available for all the Company's share compensation plans, including, without limitation, the Company's 2012 Plan and ESPP described above, cannot exceed 21,905,934, which represents 20.0% of the issued and outstanding common shares as of the date the 2012 Plan and ESPP were adopted.

The 2012 Plan replaces a previous plan that was in place, which provided for up to 6,225,218 stock option grants to directors, officers, employees, consultants and management employee companies of the Company and its subsidiaries. The adoption of the 2012 Plan had no impact on the terms of previously issued options. The exercise price of stock options granted under the previous plan was determined by the Board of Directors, but was not less than the market price, less any allowable discount, of the common shares of the Company at the time of grant.

The following table summarizes activity for our stock options outstanding for the years ended March 31, 2014 and 2013:

|  | Number of Options | Weighted Average Exercise Price |
|---|---|---|
| Outstanding, March 31, 2012 | 4,301,250 | $  0.28 |
| Granted | 4,000,000 | 0.71 |
| Exercised | (194,750) | 0.12 |
| Forfeited | (678,250) | 0.67 |
| Expired | - | - |
| Outstanding, March 31, 2013 | 7,428,250 | 0.48 |
| Granted | 1,250,000 | 0.19 |
| Exercised | (395,000) | 0.16 |
| Forfeited | (3,349,750) | 0.54 |
| Expired | - | - |
| Outstanding, March 31, 2014 | 4,933,500 | 0.39 |

## RDX TECHNOLOGIES CORPORATION
### (FORMERLY RIDGELINE ENERGY SERVICES INC.)
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

The following is a summary of stock options outstanding at March 31, 2014:

| Expiry Date | Exercise Price | Number of Options |
|---|---|---|
| June 2014................. | $   0.10 | 880,000 |
| November 2014........... | 0.20 | 374,250 |
| August 2015.............. | 0.20 | 78,000 |
| April 2016................ | 0.42 | 200,000 |
| September 2017........... | 0.52 | 25,000 |
| September 2017........... | 0.65 | 290,000 |
| November 2020........... | 0.50 | 285,000 |
| August 2021.............. | 0.42 | 337,500 |
| November 2021........... | 0.45 | 78,750 |
| April 2022................ | 1.15 | 425,000 |
| September 2022........... | 0.52 | 280,000 |
| September 2022........... | 0.65 | 430,000 |
| September 2023........... | 0.24 | 500,000 |
| November 2023........... | 0.16 | 750,000 |
| Total outstanding.................................... | | 4,933,500 |

All unexercised options with an expiration date of June 2014 in the above table expired in June 2014, with the exception of those discussed in Note 34. The weighted average remaining contractual life of stock options outstanding at March 31, 2014 is approximately five years. Outstanding stock options vest according to a schedule determined by the Board of Directors, which ranges from immediately to three years.  Assumptions and resulting values for stock options granted, under the Black-Scholes option pricing model, during the years ended March 31, 2014 and 2013 were as follows:

| | Year Ended March 31, | |
|---|---|---|
| | 2014 | 2013 |
| Risk-free interest rate (%)..................................................... | 2% | 1% to 3% |
| Expected dividend yield (%)................................................. | - | - |
| Expected stock price volatility (%)......................................... | 116 - 117 | 116 - 121 |
| Expected option life in years................................................ | 9 | 5 - 9 |
| Weighted average exercise price ($)....................................... | 0.19 | 0.71 |
| Weighted average grant date fair value ($)............................... | 0.17 | 0.68 |

Option pricing models require the input of highly subjective assumptions including the expected price volatility.  Changes in the subjective input assumptions can materially affect the fair value estimate. Expected stock price volatility is based primarily on the historical volatility of the Company's common stock, which management believes to be indicative of future expected volatility.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**26. Treasury Stock**

During November 2013, the Company's Board of Directors approved the Company to proceed with a Normal Course Issuer Bid through the facilities of the TSXV. The Company engaged Industrial Alliance Securities Inc., a member of the TSXV, to conduct the Normal Course Issuer Bid on our behalf. The Company intends to purchase from the market through the facilities of the TSXV up to 8,616,902 common shares representing 5% of the issued and outstanding common shares of the Company at the time the Company filed its Notice of Intention to Make a Normal Course Issuer Bid form with the TSXV, with the purchases intended to be completed over the 12 month period commencing on or about December 1, 2013. All common shares purchased by the Company under the Normal Course Issuer Bid will be cancelled. The Normal Course Issuer Bid will be made in accordance with TSXV Policy 5.6. The purpose of the Normal Course Issuer Bid is to reduce the number of issued and outstanding common shares of the Company and to help streamline the capital structure of the Company over the next 12 months. As of March 31, 2014, a total of 621,000 common shares had been repurchased at a weighted average price of $0.32 per share, all of which were returned to our transfer agent and retired.

**27. Commitments and Contingencies**

*Operating Leases*

The Company has commitments for the lease of office space and equipment. The Company incurred approximately $1.1 million and $0.7 million of costs for these leases for the years ended March 31, 2014 and 2013, respectively. Minimum annual payments required under these operating lease agreements are as follows (US dollar denominated leases translated at the prevailing exchange rate at March 31, 2014):

| | |
|---|---:|
| Due within one year | $ 1,042,747 |
| Due after one year but within five years | 1,401,414 |
| Total | $ 2,444,161 |

*Development and Supply Agreement with Danzik Applied Sciences, LLC*

As a condition to closing the Purchase Agreement with DHS, as described further in Note 8, the Company entered into the Development and Supply Agreement with DAS on April 18, 2011. Under the terms of the Development and Supply Agreement, DAS agreed to provide exclusive manufacturing and research and development services to the Company, and also provide assistance in design, engineering, construction, installation, supervision, and training with respect to the technology and related equipment. The Development and Supply Agreement expires on April 1, 2015 unless extended by both parties.

Under the Development and Supply Agreement, the manufacturing price for the equipment to be paid to DAS shall be equal to DAS's actual net cost plus 15% until Matriculation (defined below) of the intellectual property and thereafter the Company can manufacture the equipment itself. The Company incurred costs under this arrangement totaling approximately $3.3 million and $1.1 million during the years ended March 31, 2014 and 2013, respectively.

The amount of funding to be provided by the Company to DAS for further research and development of the technology shall be up to a maximum of $5.0 million over a three year period. The actual amount of funding shall be based upon the following: (i) an amount equal to 20% of the first $10.0 million raised by the Company in certain debt or equity financings; and (ii) a further amount equal to 10% of the next $30.0 million raised by the Company in certain debt or equity financings. To date, the Company has met its financing obligations under the Development and Supply Agreement and has paid DAS a total of $3.3 million relative to previous financing transactions to December 31, 2013. Mr. Danzik waived any and all amounts due DAS by the Company relative to the March 2013 private placement of units, under which the Company raised gross proceeds of approximately $2.8 million.

Of the $3.3 million paid to DAS to March 31, 2014, $2.6 million has been capitalized as development costs and approximately $0.7 million has been accounted for as training related costs, which are recognized on a straight-line basis over the remaining term of the Development and Supply Agreement commencing from the date of payment. Amortization of the development costs is recognized from the date of payment over a term of three years, which is based on the period the Company is expected to benefit from these development costs (Note 14).

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

In order to facilitate the secure, confidential, staged and objective delivery of the intellectual property and trade secrets to the Company, the parties agreed to the following matriculation schedule and provisions (the "Matriculation"):

(i) Mr. Danzik was appointed the trustee of the trade secrets for and on behalf of the Company and has entered into a trust declaration in favor of the Company.

(ii) Mr. Danzik provided a trade secret report, which contains the specific details of the trade secrets. The trade secret report was confidentially reviewed by the intellectual property counsel for both the Company and Mr. Danzik. The trade secret report is being held in escrow by intellectual property counsel pursuant to the terms of an escrow agreement.

(iii) Under the terms of the escrow agreement, all intellectual property, the trade secrets and the ability to directly manufacture equipment using the intellectual property will be released to the Company on the following dates:

On April 1, 2012   the trigger assemblies related to the assets acquired (which has occurred);
On April 1, 2013   the reactor vessels related to the assets acquired (which has occurred);
On April 1, 2014 –the reactor cores and generator assemblies related to the assets acquired (which has occurred).

The intellectual property, trade secrets and the ability to directly manufacture the equipment has been released from escrow to the Company.

*Employment Agreements*

The Company has entered into various employment agreements with members of the Company's management, which provide for severance payments in certain circumstances. No amounts have been accrued in the accompanying balance sheets relative to employment agreements at March 31, 2014 and 2013.

The Company's success depends on the expertise and continued services of our executive officers, particularly Dennis M. Danzik, the Company's Chief Executive Officer. We have in the past and may in the future continue to experience changes in our executive management team resulting from the hiring or departure of executives, which may be disruptive to our business. We are also substantially dependent on the continued service of key personnel and existing development personnel because of their familiarity with the inherent complexities of our products and technology. Most of our employees do not have employment arrangements that require them to continue to work for us for any specified period and, therefore, they could terminate their employment with us at any time. We do not maintain key person life insurance policies on any of our employees. The loss of one or more of our key employees or groups could seriously harm our business.

*Litigation*

*GEM Holdco*

As discussed in Note 6, the Company completed the acquisition of CWT on April 15, 2013. In connection with this acquisition, Global Emerging Markets NA, Inc. ("Global Emerging Markets") announced that on April 29, 2013, one of its affiliates, GEM Holdco, LLC ("GEM"), amended a previously filed complaint in a lawsuit against CWT to include the Company and the Company's Chief Executive Officer, Dennis M. Danzik, and Jean Noelting (who at the time was a board member of the Company), as defendants with respect to certain claims. The amended complaint no longer contained claims sounding in fraud and unjust enrichment rather it asserted claims for breach of various contracts and the implied covenants of good faith and fair dealing in those contracts, and for tortious interference and conspiracy. The amended complaint sought US$27 million in damages.

On June 10, 2013, the defendants moved to dismiss the amended complaint in its entirety. On July 12, 2013, GEM cross-moved to amend its Complaint again to add an affiliate of GEM's as a plaintiff. On October 31, 2013, GEM filed a pleading with the Court substituting a new law firm to represent it. On November 5, 2013, GEM's new counsel filed a motion for permission to file a supplemental brief opposing the defendants' motion to dismiss. On November 8, 2013, the defendants opposed GEM's motion and cross-moved to strike GEM's proposed supplemental brief or, in the alternative, for permission to submit a brief responding to GEM's supplemental brief if the Court accepted it for filing.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

On December 31, 2013, the Court entered an order from a December 24, 2013 decision, (i) granting the defendants' motion to dismiss in part and denying it in part, (ii) granting GEM's cross-motion to amend the complaint, and (iii) denying GEM's motion to file a supplemental brief opposing the motion to dismiss.

On January 13, 2014, GEM filed a second amended complaint, consistent with the Court's December 31, 2013 order, adding GEM Ventures, LTD. as a plaintiff, and asserting claims for breach of contract and tortious interference with contract. On February 19, 2014, before the Company responded to the second amended complaint, GEM filed a third amended complaint adding a claim for defamation against the Company, Dennis M. Danzik and six present and former members of the Company's board of directors. The third amended complaint seeks damages in excess of US$18.3 million for the defamation claim.

On or about March 20, 2014, defendants filed a motion to dismiss the defamation claim and one of the claims for breach of contract and tortious interference with contract. That motion is fully briefed and was argued orally on June 19, 2014. The parties are awaiting a decision from the Court. In the meantime, because under the Court's rules discovery is not stayed by a motion to dismiss, the parties have begun document discovery.

On or about May 30, 2014, GEM filed an appeal from those portions of the December 24, 2013 decision that granted plaintiffs motion to dismiss. Defendants are scheduled to file a brief in opposition to the appeal on August 6, 2014 and also intend at that time to cross-appeal from those portions of the decision that denied defendants' motion to dismiss.

On or about July 24, 2014, the Company's current legal counsel, who represent both the Company and the sellers of CWT, informed the Company that they could no longer represent the Company and Dennis M. Danzik with regards to certain of these matters and filed a motion with the court to withdraw as the Company's counsel on July 25, 2014. The Company has objected to its current counsels' decision and is working towards a resolution to this issue.

It is the Company's position that the GEM Holdco Litigation is completely lacking in merit, and the Company plans to contest those parts of the litigation that have not already been dismissed and/or that survive the pending motion to dismiss. However, the Company remains open to settling this litigation if a settlement could be reached that would eliminate the risks and expense of continuing the litigation and that would require no more than a nominal payment. No amounts have been accrued or recognized relative to the actions discussed above as of March 31, 2014.

*Wanchulak Matter*

On or around July 26, 2013, Bradley Wanchulak filed a Statement of Claim against the Company and Dennis M. Danzik in Alberta, Canada. The Company hired Wanchulak in January 2013 as Director of Energy and Mining. Prior to joining the Company, Wanchulak was Senior Vice President of Global Development, of Poseidon Concepts.

The Statement of Claim alleges that the Company made certain representations to Wanchulak which induced Wanchulak to invest in the Company. The Statement of Claim alleges that these representations were breached by the Company and Mr. Danzik, and Wanchulak has been damaged as a result. Wanchulak claims damages in excess of $2.7 million.

The Company, Mr. Danzik and Wanchulak are in settlement discussions and the Company expects that any settlement would result in a minimal impact to the Company's financial condition and results of operations. The Company believes the above matter relates primarily to a personal business transaction between Mr. Danzik and Wanchulak unrelated to Mr. Danzik's relationship with the Company. As such, no amounts have been accrued relative to this matter at March 31, 2014.

*A&A Trading and Services*

On or around April 3, 2013, A&A Trading and Services, LLC ("A&A"), filed a lawsuit against one of the Company's subsidiaries, Ridgeline Energy Services (USA) Inc., and the principals of Lakeland in the matter captioned A&A Trading and Services, LLC v. Ridgeline Energy Services (USA) Inc., Case No. BC504740 (Los Angeles County Superior Court). In the lawsuit, A&A claims, among other things, that the defendants breached a November 1, 2010 Equipment Lease (the "Equipment Lease") entered into between A&A and Lakeland. The Company was served with the complaint on April 8, 2013. As of the date of this filing, the Company has executed a settlement agreement with A&A whereby the Company was responsible for total payments to A&A of less than US$0.1 million. These payments were made during the second quarter of fiscal 2014 and this matter was dismissed during the third quarter of fiscal 2014.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Notices of Violations from the South Coast Air Quality Management District*

The South Coast Air Quality Management District ("AQMD") has issued various notices of violations ("NOV's") and notice to comply to the Company's subsidiary, Ridgeline Energy Services (USA), Inc. as a result of alleged permitting, odor issues, and plant operations at its Santa Fe Springs facility. These issues began in April 2013 and related to alleged permitting violations and continued shortly thereafter with alleged violations related to odor complaints. Additional NOV's have been issued. The AQMD held a hearing in August 2013 and a consent order was adopted (which has since been modified) requiring certain actions by the Company. The Company has attended all hearings held by the AQMD and believes it is working towards a cooperative solution with the AQMD. In March 2014, the AQMD proposed a financial settlement to the Company for these alleged NOV's which was subsequently rejected by the Company. The AQMD could impose monetary penalties and fees for these alleged violations but the Company cannot predict what the amount of these penalties and fees may be. Regardless of the amount of these penalties and fees (if any), levied by the AQMD, the Company plans on vigorously defending itself against any such penalties and fees imposed.

**Management Contracts**

*M2 Renewables Management Agreement*

Effective May 10, 2013, the Company entered into a management agreement (the "M2R Management Contract") with M2 Renewables, LLC ("M2R"), located in California, for the management of a company that specializes in the treatment of domestic waste water and the conversion of captured organic solids into usable forms of energy. The M2R Management Contract has been renegotiated to reflect the intent of the parties that the Company, as manager of M2R, is not entitled to profits or responsible for losses as a result of M2R's operations. The M2R Management Contract transitioned the day to day operations of M2R to the Company effective May 9, 2013. Following this transition date, the Company became responsible for the administration, management, sales, billing, collection, water treatment, environmental compliance, maintenance, security and all other functions of the business. The Company and M2R recently concluded negotiating an asset purchase agreement whereby the Company would acquire all of interest or assets of M2R. During the year ended March 31, 2014, we reimbursed DAS for $0.1 million that it had funded to M2R relative to this potential acquisition. The term of the M2R Management Contract is effective until it terminates under the following conditions: (i) upon written notice by M2R, (ii) the date of the closing of a definitive agreement, and (iii) upon thirty days written notice from the Company. Should the parties to the M2R Management Contract terminate for any reason other than the closing of the definitive agreement, management takeover shall cease and full control will return to M2R. See Note 34 for further discussions on M2R.

*13TON Management Contract*

Effective October 1, 2012, the Company entered into a management contract (the "13TON Management Contract") with 13TON, LLC ("13TON") for the management of a biofuel commodity brokering business ("BCBB") located in California. Following this transition date, the Company became responsible for the administration, management, sales, billing, collection, water treatment, environmental compliance, maintenance, security and all other functions of the business. The Company and 13TON were negotiating an asset purchase agreement whereby the Company would acquire specific assets of the BCBB, and the objective of entering into the 13TON Management Contract was primarily to allow management of the Company to have full access to the operations of the BCBB, and then utilize the knowledge obtained as part of its due diligence process for assessing this potential asset acquisition. In May 2013 the Company paid 13TON $0.2 million, which would have been credited towards the purchase price should the asset purchase agreement be consummated, but would be considered liquidated damages should the asset purchase agreement not be consummated for any reason. During the second quarter of fiscal 2014 the Company determined that it would not be proceeding with the acquisition of specific assets of 13TON and the 13TON Management Contract was cancelled effective August 1, 2013.

*Kerr Energy and Kerr Energy Management Agreement*

On May 15, 2012, the Company announced that it had entered into an agreement with Kerr Energy, LLC ("Kerr Energy"), of Fort Worth, Texas for the installation of six water treatment facilities to be located in western Texas. The agreement with Kerr Energy is for seven years with a right of renewal. Kerr Energy is attempting to obtain saltwater disposal well ("SWD") permits. If these SWD permits are obtained the Company expects to commence the installation of its water treatment facilities.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Effective April 22, 2013, the Company entered into a management agreement with Kerr Energy (the "Kerr Energy Management Agreement"). The Company will provide contracting services for the collection, treatment and disposal of oil and gas flowback and produced waste water in the Midland Texas area. The purpose of the Management Agreement is to allow the Company to manage Kerr Energy while a regulatory and due diligence audit is completed, and a definitive agreement to acquire all of the outstanding interest of Kerr Energy by the Company is drafted, if appropriate.

Kerr Energy holds interests in certain contracts for the treatment and post processing sale of waste water in several key locations in the Midland market. The Company has been under contract and working with Kerr Energy on a subcontract basis. Following the execution of the Kerr Energy Management Agreement, the Company assumes all current business of Kerr Energy and is able to execute contracts directly with oil and gas producers. In addition, Ian Kerr was expected to join the Company as General Manager of our Midland Operations; however, this did not occur and the Kerr Energy Management Agreement was cancelled effective October 1, 2013.

*Santa Fe Springs Capacity Sale*

During September 2012, Ridgeline Energy Services (USA), Inc. entered into an agreement with a new customer for the construction, installation and operation of a water treatment facility or water treatment facilities. The agreement had a term of five years, with an option to extend for an additional two years. This agreement provided for the sale of capacity for Santa Fe Springs Unit Number 3 ("SFS3") with the possibility of sales of additional capacity to the customer in the future. The water treatment capacity for SFS3 was to be used for oil recovery and subsequent waste water treatment. This agreement ensured the customer, who desires waste water treatment, access to years of capacity in advance. The agreement called for fixed fees totaling US$1.9 million payable through October 2013, as well as ongoing processing fees throughout the term of the agreement. During the third quarter of fiscal 2013 and after further negotiations, portions of this agreement were put in abeyance.

*Earn-Out Arrangements*

The Company recognizes changes in the fair value of certain earn-out arrangements, which are classified as a liability on the consolidated statements of financial position at March 31, 2014 and 2013, as other income or expense based on both changes in the Company's underlying stock price and changes in the estimate of the number of shares to be issued. These earn-out arrangements consist of the PTEC earn-out, which is discussed in Note 6, and the DHS earn-out (Note 8). The Company's best estimate of share issuances for the PTEC earn-out is 750,000 common shares of a potential 1,500,000 common shares as of both March 31, 2014 and 2013. The Company's best estimate of share issuances for the DHS earn-out is nil common shares of a potential 12,000,000 common shares at both March 31, 2014 and 2013. The liability for the PTEC earn-out and DHS earn-out totaled $0.4 million and $0.3 million at March 31, 2014 and 2013, respectively. Changes in these estimates will impact the recognized fair values of these earn-outs.

**28. Earnings (Loss) Per Share**

Basic earnings (loss) per share is calculated by dividing net profit (loss) by the weighted-average number of shares outstanding during the period. Diluted earnings (loss) per share is calculated by factoring in the impact of dilutive instruments, including stock options and warrants using the treasury stock method, which assumes that the proceeds from in-the-money stock options and warrants are used to repurchase common shares at the average market price during the period.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The following reflects the loss and share data used in the basic and diluted loss per share computations:

| | Year Ended March 31, | |
| --- | --- | --- |
| | 2014 | 2013 |
| Loss from continuing operations | $ (14,127,270) | $ (12,599,474) |
| Income from discontinued operations (Note 7) | 922,443 | 611,234 |
| Net income (loss) | $ (13,204,827) | $ (11,988,240) |
| Weighted average number of common shares outstanding | 168,006,736 | 127,937,568 |
| Basic and diluted loss per share - continuing operations | $ (0.08) | $ (0.10) |
| Basic and diluted income per share - discontinued operations | - | 0.01 |
| Basic and diluted loss per share | $ (0.08) | $ (0.09) |

Stock options and warrants outstanding at March 31, 2014 and 2013 were not included in the calculation of diluted earnings per share as the effect would be anti-dilutive (Notes 24 and 25).

**29. Related Party Disclosure**

*Compensation of Key Management Personnel*

Compensation of key management is reported on the accrual basis of accounting consistent with the amounts recognized in the accompanying financial statements. Key management includes the Company's Board of Directors, the Chief Executive Officer, the President, the Chief Financial Officer and the Chief Operating Officer. Compensation awarded to key management is summarized as follows:

| | Year Ended March 31, | |
| --- | --- | --- |
| | 2014 | 2013 |
| Salaries and benefits | $ 650,490 | $ 878,379 |
| Share-based payment expense | 243,222 | 592,485 |
| Total | $ 893,712 | $ 1,470,864 |

Salaries and benefits in the above table are included in general and administrative expense on the accompanying consolidated statements of operations and comprehensive loss. Total salaries and benefits for all employees that are included in general and administrative expense on the accompanying consolidated statements of operations and comprehensive loss was $3.3 million and $3.6 million, respectively.

*Other*

The Company's related party transactions primarily relate to transactions with affiliates of or directly with Dennis M. Danzik and are described more fully in Notes 6, 7, 8, 17, 19, 21, 27 and 34. In addition to related party transactions discussed in these notes, the Company was also a party to the following related party transactions:

- During October 2012, Dennis M. Danzik was appointed to the Company's Board of Directors and during February 2013, Mr. Danzik became the Company's Chief Executive Officer. In addition to the transactions discussed in the various footnotes referenced above, during the year ended March 31, 2013, the Company paid and expensed a total of approximately $0.3 million to Mr. Danzik as compensation for services to the Company rendered prior to Mr. Danzik's appointment as the Company's Chief Executive Officer and unrelated to the DAS Development and Supply Agreement or services as a member of the Company's board of directors.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

- The Company paid DAS a total of $0.2 million for obligations assumed related to a facility operated prior to the Company's acquisition of CWT. This liability is included in the liabilities assumed as part of the CWT acquisition (Note 6).

- During April 2013, the Company also paid DAS $0.5 million for reimbursement of short-term advances.

The Company paid consulting fees of approximately $0.1 million to certain members of the Company's management and Board of Directors for the years ended March 31, 2014 and 2013. At March 31, 2014 and 2013, less than $0.1 million is due these individuals. Related party transactions are in the normal course of operations and are measured at the amount of consideration established and agreed to by the related parties.

**30. Economic Dependence**

During the year ended March 31, 2014, the Company earned approximately $18.5 million from three customers, or 55% of total revenues. During the year ended March 31, 2013, the Company earned approximately $2.1 million from one customer, or 13% of total revenues.

**31. Financial Instruments**

*Fair Value of Financial Instruments*

The fair value hierarchy requires all financial instruments carried at fair value to be categorized in one of three categories:

            Level 1 – Quoted market price
            Level 2 – Valuation technique (market observable)
            Level 3 – Valuation technique (non-market observable)

The following table summarizes the fair value hierarchy level used to measure certain financial liabilities:

| | | | March 31, 2014 | | March 31, 2013 | |
|---|---|---|---|---|---|---|
| Description | Fair Value Category | Recognition Method | Fair Value | Carrying Value | Fair Value | Carrying Value |
| Financial liabilities: | | | | | | |
| CWT note payable | - | Amortized cost | $ 22,106,000 | $ 22,106,000 | $ - | $ - |
| GEM Holdco note payable | - | Amortized cost | 901,223 | 901,223 | - | - |
| Santa Fe Springs note payable | - | Amortized cost | 434,225 | 434,225 | 399,143 | 399,143 |
| PTEC note payable | - | Amortized cost | 120,852 | 120,852 | 159,177 | 159,177 |
| Danzik note payable | - | Amortized cost | 953,799 | 953,799 | 693,887 | 693,887 |
| PTEC earn-out | Level 3 | Fair value | 427,500 | 427,500 | 330,000 | 330,000 |
| DHS earn-out | Level 3 | Fair value | - | - | - | - |
| LEL note payable | Level 3 | Fair value | - | - | 146,978 | 146,978 |

The LEL note payable was included in the liabilities assumed by the purchaser of REI and RGI during September 2013 and is discussed more fully in Note 7. All other notes payable in the above table are discussed more fully in Note 21. Key assumptions in establishing fair value of these notes payable relate to the timing of cash flows and discount rate utilized relative to the cash flows. The PTEC earn-out is described more fully in Notes 6 and 27. The DHS earn-out is described more fully in Notes 8 and 27. Key assumptions in establishing fair value of the PTEC earn-out and DHS earn-out are the Company's common share price and the number of common shares expected to be earned and eventually issued. There were no transfers between levels of the fair value hierarchy during the years ended March 31, 2014 and 2013.

The Company has not entered into any financial hedges during the years ended March 31, 2014 and 2013. The Company does not hold credit enhancements or collateral to mitigate credit risk and accordingly, the carrying amount of financial assets represents the potential credit risk.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Risk Exposure and Management*

The Company has exposure to credit risk, liquidity risk and market risk (including foreign exchange risk) as a result of its financial instruments. The Company's exposure to these risks and the Company's objectives, policies and processes for measuring and managing these risks are as follows:

*Credit Risk*

Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations. The Company's principal financial assets are cash and accounts receivable. The Company's credit risk is primarily attributable to its accounts receivable. The amounts disclosed in the consolidated financial statements are net of an allowance for doubtful accounts, which is estimated by management based on previous experience and their assessment of the current economic environment. A substantial portion of the Company's accounts receivable are with customers in the equipment / waste water industry and renewable fuel industry and are subject to normal industry credit risks. The Company grants credit to its customers in the normal course of operations. To limit its exposure to credit risk, the Company performs ongoing evaluations of the credit quality of its customers and follows diligent credit granting and collection procedures. Purchase limits are established for each customer and are reviewed regularly. The Company regularly reviews the collectability of its accounts receivable and an allowance is established as necessary. During the years ended March 31, 2014 and 2013, the Company earned approximately $18.5 million and $2.1 million from three customers in the Energy and Equipment Sales and Rental segments and one customer in the Water segment, respectively. At March 31, 2014 and 2013, 84% and 60% of accounts receivable were from one customer and three customers, respectively, exclusive of REI and RGI balances. The Company recognized bad debt expense of $1.6 million and $0.7 million for the years ended March 31, 2014 and 2013, respectively. The Company believes its credit risk for cash is limited because the counterparties are large Canadian and U.S. financial institutions.

*Liquidity Risk*

Liquidity risk is the risk that the Company will incur difficulties meeting its financial obligations as they are due. The Company monitors its working capital and cash flows from operating activities to meet its requirements. Financial liabilities are primarily accounts payable and accrued liabilities. The Company's accounts payable aging at March 31, 2014 and 2013 is summarized as follows:

|  | March 31, | |
| --- | --- | --- |
|  | 2014 | 2013 |
| Current | $ 619,376 | $ 1,503,972 |
| 31 to 90 days | 1,110,260 | 2,714,318 |
| Greater than 90 days | 2,564,574 | 1,497,655 |
| Accounts payable | $ 4,294,210 | $ 5,715,945 |

The Company has approximately 60% of its accounts payable greater than 90 days past due at March 31, 2014. These past due payables include US$1.1 million at our CWT facility including approximately US$0.5 million of accounts payable that were assumed as part of the CWT acquisition, US$0.5 million at our Santa Fe Springs facility of which 44% is due to one vendor, US$0.4 million at the corporate level of which 80% is due to three vendors, US$0.2 million related to PTEC operations of which 68% is due to two vendors and US$0.1 million related to our 82nd street manufacturing facility of which 44% is due to two vendors. The Company has successfully negotiated discounted terms upon the payment of some of the accounts payable assumed as part of the CWT acquisition, as well as other payable balances, which have been reflected as "gain on forgiveness of indebtedness" on the Consolidated Statements of Operations and Comprehensive Loss.

The Company has funded its recent development efforts primarily through offerings of its common shares, which are discussed more fully in Note 23, the short-term financing with Sigma (Note 34), and more recently, the sale of excess land at Santa Fe Springs (Note 34). The Company is exploring other operating lines of credit opportunities to replace the line of credit cancelled as part of the sale of REI and RGI in September 2013. The Company obtained a $3.3 million bridge loan in May 2014, which is described in further detail in Note 34.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The Company will continue to require injections of capital as it continues acquiring new facilities, developing new or improving existing products and completing the production, installation and sale of additional water treatment systems and related equipment. Management and the Board of Directors of the Company are considering various options to increase liquidity, which may include: (i) increase Company cash flow via the execution of new fuel customer contracts at the Carthage, Missouri facility; (ii) increase Company cash flow via new operating segments; (iii) replace the Company's line of credit discussed above, which was closed as a result of the sale of the REI and RGI operating segments; (iv) securing new long term corporate and / or asset level debt; and (v) if necessary, additional equity raise(s).

There can be no assurance that we will be successful in raising additional funds, or that these funds may be obtainable on terms that are favorable to the Company. If we are unable to raise additional funds, we may be required to delay, scale back or eliminate some of our development initiatives, initiate headcount reductions, delay or eliminate other initiatives that we believe support our future business plans and/or discontinue certain operations.

*Market Risk*

Market risk consists of currency risk, commodity price risk and interest rate risk. The Company does not currently have any significant direct exposure to commodity price risk, but does maintain cash balances denominated in U.S. dollars, which totaled approximately US$1.2 million at March 31, 2014, or substantially all of the Company's cash balances at such time. The Company also has significant debt balances outstanding that are payable in U.S. dollars, as described more fully in Note 21. As the U.S. dollar strengthens or weakens compared to the Canadian dollar, our financial position and results of operations strengthens or weakens in direct correlation to these changes. The Company has indirect exposure to commodity price risk, including the market for refined fuel and corresponding market for RINs. As prices in these markets fluctuate, such changes are expected to impact our revenues either positively or negatively. The Company is not directly exposed to interest risk as it has no debts bearing floating rate interest at March 31, 2014. General economic conditions globally, including factors specific to the Company's products and services, and the relative strength of the Canadian dollar may adversely affect the value of the Company's business and value of its financial instruments.

**32. Capital Disclosures**

The Company's objectives when managing capital are to safeguard its ability to continue as a going concern. The Company includes debt, including balances outstanding on the Company's credit facility, and equity, comprising share capital, warrants, contributed surplus and accumulated deficit, in the definition of capital. The Company has historically funded operations through various offerings of its common shares; however, the Company may seek a mix of debt and equity financing in the future. The Company is also exploring other operating lines of credit opportunities to replace the line of credit discussed in Note 20.

The Company manages the capital structure and makes adjustments to it in light of changes in economic conditions. In order to maintain or adjust the capital structure, the Company may issue new equity or debt, or sell assets. The Company has not declared cash dividends or distributions on any of its securities, nor does it currently intend to declare any cash dividends or distributions on any of its securities. The Company has no restrictions on paying dividends; however, if the Company generates earnings in the foreseeable future, it expects that such earnings, if any, will initially be retained to finance growth of the business. The directors of the Company will determine if and when dividends should be declared and paid in the future based on the Company's financial position at the relevant time.

There were no changes to the Company's approach to capital management during this period.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**33. Retirement Plan**

The Company sponsors a 401(k) retirement plan for its US employees under which employees may remit 1.0% to 5.0% of their gross wages; however, the Company does not currently match these employee contributions.

The Company sponsored a Registered Retirement Savings Plan ("RRSP") for its Canadian employees until the disposition of REI and RGI during September 2013. Under the terms of the RRSP contribution plan, employees may have contributed a specific amount of funds from each payroll and the Company matched contributions at a rate of 20.0% up to $100.00 per month. Matching contributions by the Company were less than $0.1 million for the years ended March 31, 2014 and 2013.

**34. Subsequent Events (unaudited)**

*Excess Land Sale at Santa Fe Springs*

On or about June 26, 2014, the Company sold approximately 17½ acres of excess land at its Santa Fe Springs facility to an independent third-party ("Buyer") through its wholly owned subsidiary, Ridgeline Energy Services (USA), Inc. ("Seller"). The sale was made pursuant to an Agreement of Purchase and Sale and Joint Escrow Instructions dated February 10, 2014 as amended ("PSA"). The Company will continue its water treatment operations on the approximately two acres of remaining property retained by the Company.

The total consideration received from this transaction approximated US$12.4 million and included (i) A remediation oversight fee paid to the Company of approximately US$4.0 million for the Seller's oversight of Buyer's performance of site remediation of which US$0.5 million was withheld at closing. This US$0.5 million will be withheld for one year following the date that Seller completes the demolition and removal of specific improvements that Seller is obligated to remove from the property as detailed in the PSA, at which time this US$0.5 million will be delivered to Seller less any amounts utilized by the Buyer to satisfy Seller's obligations under a separate Remediation Escrow Agreement. This fee was paid by the Buyer as Seller, at Buyers request, has performed and shall continue to perform various consulting services in connection with Buyer's remediation of the property; (ii) US$3.5 million deposited into escrow pursuant to a Remediation Escrow Agreement which may be utilized by Buyer to pay all costs and expenses associated with the investigation, remediation and monitoring activities which are necessary or desirable in order to address the presence of hazardous substances in soil, soil vapor and/or groundwater in, on, or under the property as is necessary to obtain "no further action" status (or the equivalent) from the California Regional Water Quality Control Board ("RWQCB") and other applicable governmental agencies. If the total costs and expenses are less than US$3.5 million then Seller shall receive any excess available funds not to exceed US$0.5 million. If the total costs and expenses are greater than US$3.5 million then Seller shall pay any excess costs and expenses not to exceed US$0.5 million; and (iii) a land purchase price of approximately US$4.9 million.

The Company has classified the assets sold as part of this transaction, as well as associated liabilities, as held for sale at March 31, 2014, as discussed further in Note 7.

*Cancellation of Program Management Agreement with Lakeland*

When the Company originally acquired certain assets and land at its Santa Fe Springs facility, as a condition of the closing, the Company and Lakeland entered into a Program Management Agreement as discussed in Note 6.

As part of the excess land sale at Santa Fe Springs discussed above, the Buyer of this excess land will complete the remediation of the soil as outlined in the filed RAP instead of the Company. Due to the Buyer's desire to assume this obligation as opposed to the Company completing this obligation on behalf of Lakeland, the Company, on April 14, 2014, entered into a Settlement Agreement with Lakeland to terminate the Program Management Agreement, assume the obligations for the remediation of the soil on behalf of Lakeland, and then transfer this obligation directly to the Buyer of the excess land as contemplated in the PSA. As a condition of the Settlement Agreement, once the Company assumed these obligations on behalf of Lakeland, the Company would no longer be obligated to issue an additional US$5.4 million of common stock as outlined in the original agreement of purchase of sale. This Settlement Agreement became effective upon the closing of the excess land sale discussed above.

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Signing of Definitive Agreement for the Acquisition of Certain Assets of M2 Renewables*

Effective June 1, 2014, the Company entered into an Asset Purchase Agreement to acquire certain assets from M2Renewables Inc. ("M2R"). M2R is the owner of revenue generating products and services based on specific technology, including various sized MicroScreen water treatment equipment specifically used for separating suspended solids from waste water, as well as patented filters and replacement parts. The purchase price for these certain assets from M2R is comprised of: (i) US$1.0 million in cash less all cash payments and advances made by the Company to M2R from May 9, 2013 to the closing, which totaled $0.7 million at March 31, 2014; (ii) a US$2.0 million unsecured promissory note subject to reduction if certain MicroScreen sales goals are not met. The promissory note will have an interest rate of 4.0% per annum, which is payable (i) 24 months from the date of issuance or (ii) when the Company, with assistance from M2R or as requested, raises a minimum of US$4.0 million of capital through the issuance of debt, equity or equity-linked securities. In the event of a change of control of the Company, all principal and interest will become immediately due and payable to M2R; and (iii) earn-out payments made to M2R by the Company up to a maximum of US$11.0 million. These earn-out payments will be issued as convertible promissory notes if the Company is not listed on a U.S. exchange. If the Company has moved to a U.S. exchange, the earn-out payments will be made in shares of the Company's common stock. The Company anticipates closing this transaction with M2R on or before March 31, 2015. The existing M2R Management Contract, as further discussed in Note 27, will be terminated upon the closing of the acquisition of M2R.

*Acquisition of Renewable Fuel Production Facility*

On or about June 25, 2014, the Company acquired certain assets from REP-LA1, LLC ("REP"). REP was the owner of a renewable fuel production facility and other related assets located at 12345 Lakeland Road in Santa Fe Springs California. The purchase price for these certain assets from REP was $2.9 million and included: (i) US$0.1 million in cash; (ii) 4,150,000 commons shares of the Company valued only for purposes of the TSX Venture Exchange at $0.70 per share; and (iii) 3,282,432 common shares of the Company at $0.37 per share, as adjusted for any stock splits, reverse stock splits, stock dividends and similar recapitalization events, as deferred purchase price to be issued no later than the earlier of (i) ten days after the Company is listed and trading on the NYSE-MKT exchange or (ii) October 31, 2014.

As security for the deferred purchase price of the 3,282,432 common shares of the Company, the Company executed a Security Agreement providing REP a security interest in the biodiesel production facility and other related assets acquired and executed a Promissory Note for the 3,282,432 common shares of the Company. The Promissory Note has a five percent (5%) annual interest rate and will be paid in common shares of the Company when the Promissory Note is paid in full. If the Company does not pay the 3,282,432 common shares of the Company timely, in addition to remedies available under the security agreement, the Promissory Note shall become due and payable in cash or common stock of the Company at the option of REP with a face value of $1.2 million ($0.37 times 3,282,432 common shares) and will begin to accrue interest at twenty percent (20%) per annum.

As part of the overall transaction, the Company and REP executed a Termination and Release Agreement in which both the Company and REP agreed to terminate certain Lease Agreements with respect to certain premises located at 12345 Lakeland Road, Santa Fe Springs California. As of the date of this filing, the Company is working towards an initial purchase price allocation.

*Litigation Related Activities*

*O.C. Vacuum*

On May 8, 2014, the Company filed suit in California against one of its customers for breach of contract and unjust enrichment due to this customer's failure to pay its receivable due the Company after repeated efforts to collect this outstanding debt. This customer, O.C. Vacuum Inc. ("OCVac"), a California corporation, owes the Company a net amount of approximately $0.2 million. OCVac was contracted by Kiewit Infrastructure West Co. ("Kiewit"), to haul away mud and wet materials from Kiewit's Highway 405 Hydro-Excavation Project in Southern California. The Company would receive and treat OCVac's mud and wet material on behalf of OCVac and OCVac would pay the Company based on the amount of mud and wet material received from OCVac. The Company and OCVac are in settlement discussions regarding this past due amount of $0.2 million and the Company anticipates collection in full from OCVac although the Company has reserved a portion of this past due amount as uncollectible on its financial statements.

61

**RDX TECHNOLOGIES CORPORATION**
**(FORMERLY RIDGELINE ENERGY SERVICES INC.)**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Oros & Busch Application*

On June 19, 2014, Oros & Busch Application ("Oros"), filed suit in Missouri state court against the Company in part for breach of contract. Oros alleges that it has provided services to the Company's plant in Carthage Missouri and that the Company has not paid Oros as agreed to in an agreement between the companies. Oros is seeking damages for breach of contract but has not pleaded a specific amount.

On or about June 20, 2014, the Company filed suit against Oros in the United States District Court Western District of Missouri Southern Division in part for breach of contract. The Company alleges that, prior to entering into an agreement between the companies, Oros misrepresented the extent of the services it would provide under the agreement. The Company seeks financial damages approximating US$2.0 million.

**Short-Term Financing for Company**

On May 7, 2014 the Company borrowed US$3.3 million from Sigma Opportunity Fund ll, LLC ("Sigma"). The interest rate is 5.0% per annum with a maturity date that is the earlier of November 7, 2014 or the consummation of the Company's land sale of approximately 17½ acres at its Santa Fe Springs facility to a third-party buyer in which the Company does not elect to repay an optional repayment amount. This loan is secured by a deed of trust on the Company's land at its Santa Fe Springs facility and the Company's accounts receivable.

As a condition of this loan, the Company entered into various agreements with Sigma and paid Sigma and its affiliates, paid an advisory fee of US$0.3 million, issued 600,000 shares of common stock of the Company, and incurred less than US$0.1 million in expenses. Dennis M. Danzik, on behalf of the Company, personally advanced the 600,000 shares of common stock to Sigma and granted Sigma a personal guarantee on this loan. The Company also placed US$0.4 million into a control account as partial security for Sigma. The Company does not have access to these control account funds unless and until the loan is repaid in full. Should the Company elect the optional repayment amount at the closing of the Company's land sale, in addition to a US$1.0 million principal pay down, the Company would be required to increase the control account from US$0.4 million to US$1.0 million and the maturity would remain as November 7, 2014.

The Company plans on using these funds to continue the growth of its water and energy business, including the manufacturing of water treatment equipment for sale to third-parties and the continued development and production of energy equipment for internal Company use.

Upon the closing of the Company's excess land sale at Santa Fe Springs as discussed above, the Company elected the optional repayment amount, paying a US$1.0 million principal pay-down to Sigma and increasing the control account balance from US$0.4 million to US$1.0 million.

**Exercise of Stock Options and Warrants**

Subsequent to March 31, 2014 to the date of this filing, the Company received less than $0.1 million for the exercise of 500,000 options at $0.10 per option with each option equal to one common share of Company stock. Also subsequent to March 31, 2014 to the date of this filing, the Company received $0.1 million for the exercise of 425,000 warrants at $0.25 per warrant with each warrant equal to one common share of Company stock, previously issued by the Company. These options and warrants were set to expire in June 2014 absent their exercise.